BP5136215000023 Page:1/1

```
Eximbills Enterpriste Incoming Swift
=====================================================
Message Type:MT799
Send Bank:ABINAEAAXXX
ARAB BANK FOR INVESTMENT AND FOREIGN TRADE ABU DHABI (HEAD OFFICE)

Recv Bank:BKCHAEADXXX
BANK OF CHINA MIDDLE EAST(DUBAI) LIMITED DUBAI

User Name:125837701
Print Times:1
Print Date:2015-04-07 MIR:150407ABINAEAAAXXX9804786169
=====================================================
```

:20:[Transaction Reference Number]
ELC99-1500379
:21:[Related Reference]
BP5136215000023
:79:[Narrative]
ATTN. L/C DEPT.
RE. YOUR MT999 DATED 06.04.2015 WITH REGARD TO THE DOCUMENTS FORWARDED ON APPROVAL BASIS.

IN REPLY PLEASE NOT THAT WE DISAGREE WITH YOUR OBSERVATION DUE TO THE FOLLOWING .

1. EXPRESSION OF USD SYMBOL IS DIFFERENT FROM AUD, SGD, CAD SYMBOL SINCE WE CANNOT IDENTIFY THE CURRENCY ASSOCIATED TO WHICH DOLLAR. DISCREPANCY QUOTED BY US IS VALID.
2. MERCHANDISE DESCRIPTION MISSPELLING HAS TO BE REFERRED TO APPLICANT. ISBP WANTS BANKS TO MAKE SURE IT MUST CORRESPOND TO LC DESCRIPTION.
3. TEXT OF THE B/L CLAUSE CLEARLY STATES THAT B/L TO BE MANUALLY SIGNED AND STAMPED.
4. DESCRIPTION OF GOODS INCLUDE EQUIPMENTS ALONG WITH CONSUMABLES. JUST SHIPPING EQUIPMENT WITHOUT CONSUMABLES CONFLICT WITH CREDIT TERM.
5. BL QUOTES ADDITIONAL CHARGES PAYABLE AT DESTINATION SUCH AS UNLOADING CHARGES TERMINAL HANDLING CHARGES ETC(LC OVERRIDES UCP INSTRUCTIONS BY STATING WITHOUT REFERENCE TO ADDITIONAL COST IN FIELD 46A(1).
6. EXPRESSION OF ORIGIN OF GOOD OF DUBAI WAS NOT REQUIRED. WHAT IS REQUIRED I.E IT SHIPPED FROM DUBAI.
7. SHIPPING COMPANIES DECLARATION ON ALL PORTS OF LIBYA MAY NOT BE ACCEPTED AT TOBRUK PORT LIBYA WE CONSIDER THAT IT DOES NOT SATISFY LC REQUIREMENT.

BEST REGARDS,
TFD
-}{5:{CHK:DF072CE0AB55}}

BP5136215000023 Page:1/1

## SWIFT

▲ Main Reference NO :BP5136215000023
Unit Code            :51362
Module Name          :EXNG
Transaction Date     :2015-04-06
Event time           :7

Transaction Reference NO :BP5136215000023
Operator                 :6042061BJ
Function Name            :EXNG Outward Communication
Transaction Time         :14:25:09

MT999
B1:   Outgoing SWIFT Header 1
      FO1BKCHAEADAXXX0000000000
B2:   Receiver's BIC Code
      I999ABINAEAAXXXXN
      ARAB BANK FOR INVESTMENT AND FOREIGN TRADE ABU DHABI (HEAD OFFICE)
20:   Transaction Reference Number
      BP5136215000023
21:   Related Reference Number
      98L/C450001
79:   Narrative
      ATTN:L/C DEPT.
      PLS BE INFORMED THAT WE DO NOT AGREE TO THE DISC LISTED IN YOUR MT734 DD150404.
      1. INVOICE: A)UNIT PRICE AND TOTAL AMOUNT SHOWING CURRENCY AS 'USD' SYMBOL.
      B)UNDER GOODS DESCRIPTION SHOWS PROFFESSIONAL SERVICES I/O PROFESSIONAL SERVICES. IT IS JUST A MISSPELLING. AS PER A23 OF ISBP, IT DO NOT MAKE THE DOCS DISCREPANT.
      2. B/L: A)THERE IS NOT REQUIREMENT THAT THE B/L MUST BE SIGNED MANUALLY , ELECTRONICAL SIGNATURE SATISFIED WITH LC TERMS.
      C)AS PER SUB-ARTICLE 14E OF UCP600, THE GOODS DESCRIPTION IN B/L MAY BE IN GENERAL TERMS NOT CONFLICTING WITH THE CREDIT. SO THE B/L SHOW THE GENERAL WORD MEDICAL EQUIPMENT IS COMPLIED WITH LC TERMS.
      D)B/L NOT SHOW ADDITIONAL COST. IF YOU MEAN THE TERMS AND CONDITIONS OF CARRIAGE. IT IS NOT A DISC. AS PER SUB-ARTICLE 19A(V) OF UCP600, THE CONTENTS OF TERMS AND CONDITIONS OF CARRIAGE WILL NOT BE EXAMINED.
      3. C/O: WE HAVE CERTIFIED THAT THE GOODS BEING SHIPPED ARE FROM UAE DUBAI. THERE IS NOT REQUIREMENT THAT WE SHOULD SHOW THE WORDS OF CERTIFYING TOTALLY THE SAME WITH L/C TERM
      4. SHIPPING COMPANY DECLARATION: TOBRUK PORT LIBYA IS THE PORT OF DISCHARGE IN B/L, IT IS IN THE SCOPE OF THE LIBYAN PORTS . SO SHOWING 'ENTER TOBRUK PORT LIBYA' I/O 'TO ENTER LIBYAN PORTS' IS COMPLIED WITH THE L/L TERMS.

BEST RGDS

Ex 10/2

BP5136215000023 Page:1/1

**SWIFT**

| | | | |
|---|---|---|---|
| Main Reference NO | :BP5136215000023 | Transaction Reference NO | :BP5136215000023 |
| Unit Code | :51362 | Operator | :6042061BJ |
| Module Name | :EXNG | Function Name | :EXNG Outward Communication |
| Transaction Date | :2015-04-06 | Transaction Time | :14:29:21 |
| Event time | :8 | | |

MT799

B1: Outgoing SWIFT Header 1
F01BKCHAEADAXXX0000000000

B2: Receiver's BIC Code
I799BKCHCNBJXXXX
BANK OF CHINA BEIJING (HEAD OFFICE)

20: Transaction Reference Number
BP5136215000023

21: Related Reference Number
NONREF

79: Narrative
///TOP URGENT///TOP URGENT///TOP URGENT///

ATTN: TEST KEY DEPT.

PLS AUTHENTICATE OUR MSG SENT TO ARAB BANK FOR INVESTMENT AND FOREIGN TRADE ABU DHABI (SWIFT: ABINAEAAXXX) IN DUE COURSE.

THE DETAILS OF MSG ARE AS FOLLOWS:
MT999 DD150406 WITH OUR REF. BP5136215000023 AND ISN NO. 012177

BEST RGDS.
BANK OF CHINA MIDDLE EAST (DUBAI) LIMITED

Ex 10/3



**Royal Asset Management**
Suite 1303, Nassima Tower, Sheikh Zayed Road

Dubai, U.A.E.

Tel: +971 4 3862433

## BILL OF EXCHANGE: BANK DRAFT

Number: BE01342-1

Place of Drawing: <u>Dubai UAE</u>

Date: March 24th, 2015

At sight of this Sole Bill of Exchange
PAY TO THE ORDER OF <u>ROYAL ASSET MANAGEMENT</u>
THE SUM OF: <u>TWENTY MILLION USD</u>

US $ 20,000,000.00

BEING VALUE RECEIVED AGAINST INVOICE NO. **RAM/MH/01342**
CHARGED THE SAME TO ACCOUNT OF:

<u>MH LIBYA GROUP COMPANY FOR INVESTMENT AND SERVICES, ELBIDA, LIBYA</u>

DRAW UNDER:   <u>WAHDA BANK, LIBYA</u>
              <u>DC NO. 98L/C450001 ISSUED ON 17/02/2015</u>

TO: <u>ARAB BANK FOR INVESTMENT AND FOREIGN TRADE , ABU DHABI UAE</u>

License No. 649264

Ex 10/4



مجموعة إم اتش ليبيا للإستثمار والخدمات

شركة ليبية امريكية مشتركة

Date: 21 April 2015

Royal Asset Management
Suite 1303, Nassima Tower
Sheikh Zayed Road
Dubai UAE

Ref: DLC 10/61/LC00006/15 issued on 15/02/23
Invoice No. RAM/MH01343

Dear Mr Vadia,

It is with great regret that we would like to inform you that we would like to cancel the letter of credit 10/61/LC00006/15 issued on 15/02/23.

The reason for the above course of action is due to a minor discrepancy on your invoice submitted, this however was accepted by us in writing to the issuing bank on 14/04/2014 and requested the same to be transmitted to the corresponding bank. However the issuing bank has failed to follow our instructions and inform the corresponding bank who is Bank of Jordan Amman.

We would request you please forward in writing your acceptance of the above cancellation and on a separate correspondent detailing of your damages claim and expenses.

Regards.

Sallah Elnagar
Director

info@mhlibya.com
Tel. +218 925108166

رقم القيد بالسجل التجاري : 6295 – 172
ترخيص مزاولة النشاط رقم : 2615. رقم القيد بالغرفة لجارية : 11574-74488

Ex 10/5