# EXHIBIT 1





GOVERNMENT OF DUBAI

محاكم دبي الابتدائية

| | |
|---|---|
| التاريخ : | ٢٢ –١٢– ٢٠١٩ |
| الرقم : | ٢٠١٩/١٨٩٣٧٨ |

| إعلان بالحضور أمام مكتب إدارة الدعوى |
|---|

**في الدعوى رقم :** ١٦٠٦/٢٠١٩/٢٠ تجاري كلي     تم تقديم الطلب ١٠٤٨٥١/٢٠١٩ إلكترونيا بتاريخ : ٢٤ –١٠– ٢٠١٩

**المنظــــــورة في** دائرة إدارة الدعوى الثامنة رقم (٤١٠)

**موضوع الدعوى** المطالبة بفسخ عقد البيع وبإلزام المدعي عليهم بمبلغ وقدره ( ٥٠٠٠٠٠٠٠درهم) و الرسوم و المصاريف و أتعاب المحاماة و الفائدة ١٢% وحتى السداد التام .

**المدعي** شركة مجموعة ام اتش ليبيا للاستثمار والخدمات:

إمارة ابو ظبى ـ شارع البطين-برج داس-الطابق الرابع مكتب رقم ٤٠٣

**ويمثلــــــــه** علي محمد حمدان سالم المهري :

**المدعى عليه** بنك الصين الشرق الاوسط ( دبي ) المحدود:

**عنوانـــــــه** الإمارات ـ إمارة دبي ـ شارع رقم ٣١٢ مركز دبي المالي العالمي ـ الفتان كارنسي هاوس ـ برج رقم ٢ الطابق رقم ١١ المكتب رقم ١١ بكامله هاتف ٠٤٣٨١٩١٥٥ :

**المطلوب إعلانـــه** بنك الصين الشرق الاوسط ( دبي ) المحدود

**صفتـــــــه** الخصم المدخل :

**عنوانـــــــه** الإمارات ـ إمارة دبي ـ بالإرشاد :

**موضوع الإعــلان** نود إعلامكم بأنه قد تم تسجيل القضية المذكور بياناتها أعلاه ضدكم. لذا يرجى التكرم بالعلم والحضور الى مبنى محاكم دبي الرئيسي ـ مكتب إدارة الدعوى رقم ٨ خلال الدوام الرسمي من الساعة ٨:٣٠ ص ولغاية ١٢:٣٠ ظ لتقديم جوابكم على صحيفة الدعوى ومرفقاتها وذلك بجلسة يوم الأحد الموافق ٢٩-١٢-٢٠١٩م     (ان تعذر يتم الإعلان باللصق)

**إعداد:**احمد ايوب محمود

رقم المهمة : ٢١٥٦١٧/ ٢٠١٩

أنا انه في يوم     الموافق   /   /     في الساعة     بناحية

المكلف بالإعلان من المحكمة انتقلت لإعلان المطلوب إعلانه:

توقيع المستلم أو بصمة إبهامه

توقيع المكلف بالإعلان

تمت الطباعة بواسطة :   احمد ايوب محمود     بتاريخ : ٢٢ –١٢– ٢٠١٩     الوقت : ١٠:٣٨     csntcd05

رمز مكاني ـ المبنى الرئيسي (٣٠٨٩٩٩٣٤٦٥) ـ مبنى الأحوال الشخصية (٣٤٢٧٤٩١٩٥٢) ـ فرع البرشاء (١٩١٥٣٧٩٩٤٧)
فرع البرشاء مول (١٩٠٤٣٧٧٠٩٧) ـ فرع الطوار (٣٧٤٧٥٩٥١٢٤) ـ فرع دائرة التنمية الاقتصادية (٣١٥١٦٩٤٥٣٣)

**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS



علــي المهــري
للمحامـــاة والإستشـــارات القانونيـــة

**لدى محكمة دبي الابتدائية**

**الدائرة التجارية      الموقرة**

**صحيفة دعوى رقم     /2019**

**مقدمة من**

المدعـــية

شــركة مجموعــة ام اتــش ليبيــا للاسـتثمار والخـدمات  —  MH LIBYA GROUP COMPANY FOR

INVESTMENT AND SERVICES

**وعنوانهـــا المختـــار:** أبـو ظبـي، شــارع البطـين، بـرج داس ،الطـابق الرابـع  مكتـب رقـم 403، هـاتف رقـم: 026813737 .- هاتف :0555543030

*بوكالة المحامي / على المهري.*

**ضـــد**

**المدعى عليهم**

1-  رويال اسيت مانجمنت  —  ROYAL ASSET MANAGEMENT

العنوان: دبي – بر دبي- شارع الشيخ زايد، بجوار مركز دبي المالي العالمي مكتب رقم 1303 ملك شركة اماسيكو للعقارات – مكاني: –27006 90809, هاتف رقم:0501321221-  043862433  فاكس رقم 043326242. الايميل: info@royal-asset.com

2-  الشيخ صقر بن محمد بن زايد آل نهيان  —  Sheikh Saqer Bin Mohamed Bin Zayed Al Nehayan

الجنسية: الامارات.

العنوان: دبي – بر دبي- شارع الشيخ زايد، بجوار مركز دبي المالي العالمي مكتب رقم 1303 ملك شركة اماسيكو للعقارات – مكاني: 90809-27006، هاتف رقم: -0501321221 043862433 فاكس رقم 043326242. الايميل: info@royal-asset.com

1



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علــي المهــري
للمحامــاة والإستشـارات القانونيــة

**الوقــائــع**

**تتلخص وقائع الدعوى الماثلة ويايجاز في أنه:**

بتاريخ 2015/01/20 تعاقدت المدعيـة مـع المـدعى عليهـا الاولـى بموجب عقـد بيـع وشـراء، علـى أن تقوم المـدعى عليهـا الاولـى بتوريـد معدات واجهـزة طبيـة محـددة على وجـه التفصـيل فـي البنـد الاول مـن مـتن العقـد، وعلـى ان تلتـزم المـدعى عليهـا الاولى بشـحن البضاعة المتفق عليهـا الـى أي مينـاء بحـري يقـع فـي دولة ليبيـا (البيـع سـيف) وذلـك مقابـل مبلـغ وقـدره: 23,935,000 يــورو (ثلاثـة وعشـرون مليـون وتسعمائة وخمسة وثلاثون ألف يورو).      (مستند رقم 1)

بتـاريخ 2015/01/27 ونفـاذا للعقـد قامـت المدعيـة بأصـدار خطـاب اعتمـاد مسـتندي لصـالح المـدعى عليهـا الاولـى بمبلـغ العقـد 23,935,000 يـورو (ثلاثـة وعشـرون مليـون وتسـعمائة وخمسـة وثلاثـون ألـف يـورو)، وقـد قـام بنـك الصـين الشـرق الأوسـط ـالـذي يقـع فـي مـوطن المـدعى عليهـا الاولـى- باضـافة تعهـده تعزيـزاً منـه للاعتمـاد الصـادر مـن مصـرف التجـارة والتنميـة فـي ليبيـا ويحمـل الـرقم 15/LC00006/61/10:.      (مستند رقم 2)

وقـد نصـت شـروط الاعتمـاد المسـتندي بعـدم صـرف المبلـغ الا بعـد اسـتيفاء الوثائق اللازمة وهي:

1- مجموعـة كاملـة مـن بـوالص شـحن بضـاعة سـليمة علـى ظهـر السـفينة صـادرة لأمرنا موضحاً دفع قيمة الشحن مقدماً وإخطار المشترين.

2- الفواتير التجارية الاصلية ...... الخ.

3- شـهادة منشـاء البضـائع بعـد ان يـتم اعتمادهـا والتحقـق مـن صـحتها بواسـطة غرفة التجارة او اتحاد الصناعة في الدولة المصدرة.

4- قائمة التعبئة والتغليف من نسختين.



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علــي المهــري
للمحامـاة والإستشــارات القانونيــة

وبتـاريخ 2015/01/28 ابرمـت المدعيـة مـع المـدعى عليهـا الاولـى عقـد بيـع شـراء اخـر لـذات النوعيـة مـن الاجهـزة والمعـدات الطبيـة موضحـة تفصيلاً فـي متـن العقـد البنـد رقـم (1) تلتـزم المـدعى عليهـا الاولـى بتوريـده وعلـى ان تلتـزم المـدعى عليهـا الاولـى بشـحن البضاعـة المتفـق عليهـا الـى أي مينـاء بحـري يقـع فـي دولـة ليبيـا (البيـع سـيف) وذلـك مقابـل مبلـغ وقـدره: 20,000,000 دولار امريكـي (عشـرون مليون دولار امريكي).                    (مستند رقم 3)

وبتـاريخ 2015/02/12 ونفـاذا للعقـد قامـت المدعيـة بإصـدار خطـاب اعتمـاد مسـتندي لصـالح المـدعى عليهـا الاولـى بمبلـغ العقـد 20,000,000 دولار امريكـي (عشـرون مليـون دولار امريكـي).   وقـد قـام بنـك الصيـن الشـرق الأوسـط ـالـذي يقـع فـي مـوطن المـدعى عليـه الاول- باضافـة تعهـده تعزيـزاً منـه للاعتمـاد الصـادر مـن مصـرف الوحـدة فـي ليبيـا ويحمـل الـرقم:   98L/C450001.   وقـد نصـت شـروط الاعتمـاد المسـتندي بعـدم صـرف المبلـغ الا بعـد اسـتئناء ذات الوثائـق المنصـوص عليهـا فـي خطـاب الاعتمـاد السـابق رقـم 15/LC00006/61/10.   (مستند رقم 4)

بتـواريخ لاحقـة قامـت المـدعى عليهـا الاولـى وبتـواطئ مـن بنـك الصيـن الشـرق الأوسـط، بصـرف مبـالـغ الاعتمـادين المسـتنديين رقمـي 15/LC00006/61/10 , 98L/C450001 , دون أن تقـوم المـدعى عليهـا بتوريـد المعـدات والاجهـزة والمـواد المتفق عليـه ودون ان تقوم باستئناء الوثائق اللازمة لصـرف الاعتمادين.

سـعت المدعيـة بعـد ذلـك بكافـة الطـرق للتواصـل مـع المـدعى عليهـا الاولـى وبنـك الصيـن الشـرق الأوسـط فـي محـاولات منهـا لتقـوم المـدعى عليهـا الاولـى بتنفيـذ العقـد أو ارجـاع المبـالـغ المسـددة منهـا ولكـن دون جـدوى أو اسـتجابة مـن المـدعى علـيهم، وفوجئـت لاحقـاً بـأغلاق مقـر المـدعى عليهـا الاولـى وتوقـف نشـاطها وتبيـن لـديها أنهـا متورطـة فـي عمليـات نصـب واحتيـال مـع أطـراف اخـرى وقعـوا ضـحية للثقـة التـي

3



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علــي المهــري
للمحامــاة والإستشــارات القانونيــة

أولوهـا للمـدعى عليهـا الاولـى كونهـا شـركة مرخصـة فـي دولـة الامـارات العربيـة المتحدة اللتي لا يظلم لديها أحد.

**الامـر الـذي الجـأ المدعيـة الـى التقاضـي سـبيلاً بعـد نفـاذ صـبرها للحصـول على حقهـا وأمـلا فـي رفـع الظلـم الواقـع عليهـا، ومسـتندة فـي ذلـك الـى الاسـانيد القانونية التالية:**

<u>**الأسانيد القانونية**</u>

<u>**أولاً: في ثبوت مسؤولية المدعى عليها الأولى.**</u>

يتضـح ممـا سـبق ذكـره أعـلاه مـن وقـائع أن العقـد المبـرم بـين المدعيـة والمـدعى عليهـا الاولـى هـو مـن عقـود البيـوع الدوليـة (سـيف) والـذي تلتـزم فيـه المـدعى عليـه الاولـى بالتزامـات نظمهـا قـانون المعامـلات التجاريـة الامـاراتي الـذي يـنص فـي المـادة 141 على أنه" 1- البيع سيف هو البيع الـذي يتم بـثمن مقطـوع يشـمل فضـلاً عـن ثمـن المبيـع تكـاليف التـأمين البحـري عليـه وأجـرة النقـل بالسـفينة إلـى مينـاء الوصـول. 2- وتعتبـر البضـاعة قـد تـم تسـليمها إلـى المشـتري عنـد إتمـام شـحنها بالسـفينة، وتنتقـل تبعـة الهـلاك إلـى المشـتري مـن هـذا الوقـت. 3) وإذا لـم يلتـزم البـائع بالتـأمين اعتبـر البيع (س. آند. أف) (C. & F.)."

وتـنص المـادة 142 مـن ذات القـانون علـى انـه "علـى البـائع إبـرام عقـد نقـل البضـائع مـع ناقـل حسـن السـمعة وبالشـروط العاديـة واختيـار سـفينة صـالحة لنقـل البضـائع مـن جـنس المبيـع، وعليـه أيضـاً أداء أجـرة النقـل وغيرهـا مـن المبـالغ التـي قـد يشترط الناقل دفعها في ميناء الشحن."

وتـنص المـادة 146 مـن القـانون السـابق علـى انـه " 1- يلتـزم البـائع بالحصـول علـى شـهادة منشـأ للمبيـع حسـب الأصـول، وتقـديمها للمشـتري، علـى أن يتحمـل

4



المشـــــتري مصـــــروفات ذلـــك مـــا لـــم يتفـــق علـــى خلافـــه.

2- كما يلتـزم البـائع بتقـديم كـل مسـاعدة لتمكين المشـتري مـن الحصـول علـى الوثـائق اللازم استخراجها في الدولة التي يقـع فيهـا شـحن المبيـع لتيسـير اسـتيراده أو مـروره عبر دولة أخرى."

**كمـا تـنص المـادة 272 مـن قـانون المعـاملات المدنيـة علـى أنـه " 1**- فـي العقـود الملزمـة للجـانبين إذا لـم يـوف أحـد المتعاقـدين بمـا وجـب عليـه بالعقـد جـاز للمتعاقـد الآخر بعد إعذاره المدين أن يطالب بتنفيذ العقد أو فسخه.

2- ويجـوز للقاضـي أن يلـزم المـدين بالتنفيـذ للحـال أو ينظـره إلـى أجـل مسـمى ولـه أن يحكم بالفسخ وبالتعويض في كل حال إن كان له مقتضى."

لمـا كـان ذلـك وكـان الثابـت مـن السـابق ذكـره تخلـف المـدعى عليهـا الاولـى عـن اداء التزاماتهـا فـي مقابـل مـا قبضـته مـن مبـالغ ، يجعلهـا ملزمـة تجـاه المدعيـة بـرد المبـالغ التـي قبضـتها دون وجـه حـق مـع التعـويض الجـابر للاضـرار الجسـيمة التـي لحقت بالمدعيـة والتـي دفعتهـا الـى سـداد تعويضـات بمبـالغ كبيـرة للعمـلاء المتعاقدين معهـا والمستفيدين مـن البضـاعة محـل العقـدين , كمـا أنهـا تضـررت جـراء احتبـاس هـذا المبلـغ الكبيـر لـدى المـدعى عليهـا الاولـى طيلـة السـنوات الماضـية ،وهـو الامـر الـذي يجعـل مـن طلـب المدعيـة بفسـخ العقـد وإعـادة المبـالغ المسـددة منهـا اضـافة للتعـويض, طلباً مقبولاً وله سنده من القانون.

**ثانياً: في ثبوت مسؤولية المدعى عليه الثاني.**

لمـا كـان المـدعى عليـه الثـاني هـو المالـك الوحيد للمؤسسـة الفرديـة المـدعى عليهـا الاولـى، ومـن ثـم فأنـه ملـزم تجـاه الغيـر بكافـة التزامـات المؤسسـة لعـدم انفصـال ذمتـه الماليـة عـن ذمـة المؤسسـة وفقـاً لمـا تـواتر عليـه العـرف القضـائي فـي دولـة الامـارات العربيـة المتحـدة، حيث قضـت المحكمـة الاتحاديـة العليـا علـى أن " المؤسسـة التجاريـة

5

**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علي المهري
للمحـامـاة والإسـتشـارات القـانونيـة

الخاصة أو المنشـأة التجاريـة الفرديـة، ليست لهـا شخصيـة اعتباريـة مسـتقلة عـن شـخص مالكهـا واعتبارهـا عنصـراً مـن عناصـر الذمـة الماليـة، وصـاحب الصـفة فـي المخاصمة أمام القضاء."

**المحكمة الاتحادية العليا ـ الطعن رقم 726 لسنة 2015 مدني**

الامـر الـذي يعطـي المدعيـة الحـق فـي المطالبـة بـإلزام المـدعى عليـه الثـاني بالتضامن لسداد ماقد يحكم به في مواجهة المدعى عليها الاولى.

**ثالثا: في ثبوت مسؤولية بنك الصين الشرق الأوسط.**

لمـا كـان بنـك الصيـن الشـرق الأوسـط طـرف أجنبـي عـن عقـدي البيـع والشـراء، الا أنـه طـرف فـي عقـدي الاعتمـاد المسـتندي الصـادرين نفـاذاً لعقـدي البيـع والشـراء، ومـن ثـم فأنـه يضحـي ملزمـاً بمـا تمليـه عليـه شـروط الاعتمـاد المسـتندي، وقـد أصبـح مخـلاً حيـن لـم يلتـزم بتلـك الشـروط وبنصـوص القـانون ولائحـة الاعـراف والاصـول الموحـدة للاعتمـادات المسـتندية، وتضحـي المطالبـة بإلزامـه صحيحـه ولهـا أصـلها وسـندها. وفـي ذلـك نصـت المـادة رقـم 4 مـن لائحـة **الاصـول والاعـراف الموحـدة** للاعتمـادات المسـتندية علـى أنـه" أـ الاعتمـاد بطبيعتـه عمليـة مسـتقلة عـن عقـد البيـع أو غيـره مـن العقـود التـي قـد يسـتند إليهـا المصـارف بـأي حـال غيـر معينـة أو ملزمـة بمثـل ذلـك العقـد حتـى لـو تضمـن الاعتمـاد أي إشـارة بـأي شـكل إلـى ذلـك العقـد. وبنـاءً عليـه، فـإن تعهـد المصـرف بالوفـاء أو بالتـداول أو بـأداء أي التـزام آخـر بموجـب الاعتمـاد لا يكـون خاضعـاً لأي إدعـاءات أو حجـج مـن طالـب الإصـدار ناتجـة عـن علاقاتـه بالمصرف المصدر أو المستفيد."

وتـنص المـادة (14) مـن لائحـة الاصـول والاعـراف علـى أنـه" أـ يجـب علـى المصـرف المسـمى الـذي يتصـرف بنـاء علـى تسـميته والمصـرف المعـزز، إن وجـد، والمصـرف المصـدر ان يفحصـوا التقديـم، اسـتنادا الـى المسـتندات وحـدها، لتحديـد مـا إذا كانت المستندات تشكل في ظاهر ها تقديما مطابقا ام لا.

**6**



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علــي المهــري
للمحــامـــاة والإستشـــارات القانونيــة

ب- يكـون لكـل مـن المصـرف المسـمى الـذي يتصـرف بنـاء علـى تسـميته والمصـرف المعـزز، ان وجـد، والمصـرف المصـدر مـدة أقصـاها خمسـة أيـام عمـل مصـرفية تلـي يـوم التقديم لتحديد مـا إذا كـان التقديم مطابقـا. ان هـذه المـدة لا تختصـر او تتأثـر بوقوعهـا فـي او بعد تاريـخ التقديم بـاي تاريـخ انتهـاء او بـاخر يوم للتقديم."

**كمـا تـنص المـادة 428 مـن قـانون المعـاملات التجاريـة الامـاراتي علـى أنـه"** 1- الاعتمـاد المسـتندي عقـد بمقتضـاه يفتـح المصـرف اعتمـاداً بنـاء علـى طلـب عميلـه (الآمـر بفـتح الاعتمـاد) فـي حـدود مبلـغ معـين ولمـدة معينـة لصـالح شـخص آخـر (المستفيد) بضـمان مسـتندات تمثـل بضـاعة مشـحونة أو معـدة للشـحن.2- ويعتبـر عقـد الاعتمـاد المسـتندي مسـتقلاً عـن العقـد الـذي فـتح بسـببه، ويبقـى المصـرف أجنبيـاً عـن هذا العقـد."

**وتـنص المـادة 430 مـن ذات القـانون علـى انـه "1"** يجـب أن تحـدد بدقـة فـي الأوراق الخاصـة بطلـب فـتح الاعتمـاد المسـتندي أو تأييـده أو الإخطـار بـه المسـتندات التـي تنفـذ فـي مقابلهـا عمليـات الوفـاء أو القبـول أو الخصـم. 2 ) ويلتـزم المصـرف الـذي فـتح الاعتمـاد بتنفيـذ شـروط الوفـاء والقبـول والخصـم المتفـق عليهـا فـي عقـد الاعتمـاد إذا كانـت المسـتندات التـي تمثـل البضـاعة مطابقـة لمـا ورد فـي هذا العقـد من بيانات وشـروط. "

**وتـنص المـادة 434 مـن القـانون المـذكور علـى انـه" 1-** يجـوز لمصـرف آخـر غيـر الـذي فـتح الاعتمـاد المسـتندي أن يؤيـد الاعتمـاد البـات غيـر القابـل للإلغـاء بـأن يلتـزم بـدوره بصـفة قطعيـة ومباشـرة قبـل المسـتفيد وقبـل كـل حامـل حسـن النيـة للصـك المسـحوب تنفيـذاً لعقـد فـتح الاعتمـاد. 2- ولا يعتبـر مجـرد الإخطـار بفـتح الاعتمـاد المسـتندي البـات المرسـل إلـى المسـتفيد عـن طريـق مصـرف آخـر غيـر المصـرف الـذي فتح الاعتماد المستندي بمثابة تأييد من المصرف الآخر للاعتماد."

7

**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS



علـــي المهــري
للمحـامــاة والإستشـــارات القانونيــة

وتــنص المــادة 435 مــن القــانون الســابق علــى انــه " 1- يجــب أن تقــدم المســتندات إلــى المصــرف قبــل انتهــاء مــدة الاعتمــاد فــإذا قــدمت بعــدها رفضــها المصــرف مــا لــم يطلــب الآمــر بفتح الاعتمــاد قبولهــا ويوافــق المصــرف علــى ذلــك. 2) وعلــى المصــرف أن يتحقــق مــن وجــود المســتندات المطلوبــة، ومــن أن مضــمونها يطابق تماماً شروط خطاب الاعتماد، ومن أنها متطابقة فيما بينها."

الامــر الــذي يتضــح معــه اخــلال بنــك الصــين الشــرق الأوسـط بعقـدي الاعتمــاد المستندي ومخالفتـه للاصـول والاعـراف ونصـوص القـانون فـي طريقـة صـرفه لقيمـة الاعتمـادين. حيث قـام بتمكين المدعى عليهـا مـن الحصـول علـى مبلـغ عقـدي الاعتمــاد المستندي دون الالتــزام بالشــروط الــواردة فــي العقـدين, وأخصــها عــدم قيامــه (اي بنــك الصــين الشــرق الأوســط ) بــالتحقق مــن وجــود شــهادة منشــاء البضــائع والوقــوف علــى صــحتها بواســطة غرفــة التجــارة او اتحــاد الصــناعة فــي الدولــة المصدرة.

❖ ويــأنزال هــذه النصــوص موقــع التطبيــق علــى الــدعوى الماثلــة وربطهــا بمــا سـبق ذكـره مـن وقـائع واسـانيد، نجـد أن المدعيـة محقـة فـي القضـاء لهـا بطلباتهـا الواردة ختاماً على النحو التالي:

**الطلبات**

تلتمس المدعية من عدالة المحكمة الموقرة:

**أولا:** فسـخ عقـد البيـع المـؤرخ فـي 2015/01/20 , وأرجـاع مبلـغ الاعتمـاد المستندي الصــادر فــي تــاريخ 2015/01/27 ويحمـل الـرقم   :15/LC00006/61/10 والــزام المـدعى عليـهم بالتضــامن فيمـا بيـنهم بـأن يـؤدو للمدعيـة مبلـغ وقـدره: 23,935,000



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علـي المهـري
للمحـامـاة والإستشــارات القانونيــة

يـورو (ثلاثـة وعشـرون مليـون وتسـعمائة وخمسـة وثلاثـون الـف يـورو) قيمـة عقـد البيـع وعقد الاعتماد المستندي أو ما يعادله بالدرهم الاماراتي .

**ثانيـاً:** فسـخ عقـد البيـع المـؤرخ فـي 2015/01/28 , وأرجـاع مبلـغ الاعتمـاد المسـتندي الصـادر فـي تـاريخ 2015/02/12 ويحمـل الـرقم 98L/C450001: والـزام المـدعى عليـهم بالتضــامن فيمــا بيـنهم بـأن يـؤدو للمدعيـة مبلـغ وقـدره: 20,000,000 دولار امريكـي ( عشـرون مليـون دولار امريكـي) قيمـة عقـد البيـع وعقـد الاعتمـاد المسـتندي أو ما يعادله بالدرهم الاماراتي .

**ثالثـاً:** الـزام المـدعى عليـهم بالتضـامن فيمـا بيـنهم بـان يـودو للمدعيـة مبلـغ وقـدره: 50,000,000 درهـم امـاراتي (خمسـون مليـون درهـم امـاراتي) وذلـك تعويضـاً شـاملاً عن الاضرار اللاحقة بالمدعية.

**رابعـاً:** وفـي كـل الاحـوال القضـاء بـإلزام المـدعى عليـهم بالفائـدة القانونيـة عـن المبلـغ المحكوم به بواقع 12% والزامهم بالرسوم والمصاريف وأتعاب المحاماة.

**وتفضلوا بقبول وافر الاحترام**

**بوكالة المحامي / على المهري**



📞 02 681 3737  📱 055 5543030  ✉ Info@alialmahri.ae
الكـورنيـش شـارع البطيـن – برج داس الطابق الرابع مكتب 403 📍

**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS



علـي المهـري
للمحـامـاة والإستشــارات القـانونيـة

لدى محكمة دبي الابتدائية

الدائرة التجارية      الموقرة

**صحيفة أدخال خصم جديد , وإضافة طلب تمهيدي في الدعوى رقم: 2019/1606 تجاري**
**كلي**

– مقدمة من المدعية:

–   شركة مجموعة ام اتش ليبيا للاستثمار والخدمات

*بوكالة المحامي / على المهري.*

**ضــد**

– المدعى عليهم:

1-مؤسسة رويال اسيت مانجمنت لمالكها: الشيخ صقر محمد زايد ال نهيان

2-  الشيخ صقر محمد زايد ال نهيان

3-  **الخصم المدخل:** بنك الصين الشرق الأوسط ( دبي ) المحدود
**العنوان:** دبي، شارع رقم 312، مركز دبي المالي العالمي , الفتان كارنسي هاوس , برج رقم 2 الطابق
رقم 11 المكتب الطابق رقم 11 بكامله , هاتف رقم :043819155.

📞 02 681 3737  📱 055 5543030  ✉ Info@alialmahri.ae
الكـورنيـش شــارع البـطيـن – برج داس الطابق الرابع مكتب 403



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علـــي المهـــري
للمحـــامــــاة والإستشــــارات القـانونيــــة

## الوقائـــع

- نحيل بشأنها الى ما ورد في صحيفة الدعوى من وقائع كافية لقبول اختصام الخصم المدخل (بنك الصين الشرق الاوسط(دبي) المحدود) وأخص هذه الوقائع ما ورد في الصحيفة من أنه:

- بتواريخ لاحقة على توقيع عقد البيع والشراء بين المدعى عليها الاولى والمدعية قامت المدعى عليها الاولى -وبتواطئ من الخصم المدخل -بصرف مبالغ الاعتمادين المستنديين رقمي 98L/C450001 , 15/LC00006/61/10 , دون أن تقوم المدعى عليها بتوريد المعدات والاجهزة والمواد المتفق عليها, ودون ان يقوم الخصم المدخل بالتأكد من استيفاء الوثائق اللازمة لصرف الاعتمادين. وهو الامر الذي يعد مخالفة صريحة لشروط الاعتماد المستندي وللقوانين النافذة بشأنه , وإخلالاً صارخاً من قبل الخصم المدخل بما تلزمه به اعراف وتقاليد العمل المصرفي.

## ثبوت مسؤولية الخصم المدخل:

لما كان الخصم المدخل طرف اجنبي عن عقدي البيع والشراء , الا أنه طرف في عقدي الاعتماد المستندي الصادرين نفاذاً لعقدي البيع والشراء , ومن ثم فأنه أصبح ملزماً بما تمليه عليه شروط الاعتماد المستندي , ومخلاً حيث انه لم يلتزم بتلك الشروط وبنصوص القانون ولائحة الاعراف والاصول الموحدة للاعتمادات المستندية , وتضحي المطالبة بالزامه صحيحه ولها اصلها وسندها .

2

**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علــي المـهــري
للمحــامــاة والإستشـــارات القـانونيــة

وفي ذلك نصت المادة 4 من **لائحة الاصول والاعراف الموحدة للاعتمادات المستندية** على أن:

أ-الاعتماد بطبيعته عملية مستقلة عن عقد البيع أو غيره من العقود التي قد يستند إلها المصارف بأي حال غير معينة أو ملزمة بمثل ذلك العقد حتى لو تضمن الاعتماد أي إشارة بأي شكل إلى ذلك العقد. وبناءً عليه، فإن تعهد المصرف بالوفاء أو بالتداول أو بأداء أي التزام آخر بموجب الاعتماد لا يكون خاضعاً لأي إدعاءات أو حجج من طالب الإصدار ناتجة عن علاقاته بالمصرف المصدر أو المستفيد.

وتنص المادة (14) من لائحة الاصول والاعراف على أن:

ا. يجب على المصرف المسمى الذي يتصرف بناء على تسميته والمصرف المعزز، إن وجد، والمصرف المصدر أن يفحصوا التقديم، استنادا إلى المستندات وحدها، لتحديد ما إذا كانت المستندات تشكل في ظاهرها تقديما مطابقا ام لا.

ب. يكون لكل من المصرف المسمى الذي يتصرف بناء على تسميته والمصرف المعزز، إن وجد، والمصرف المصدر مدة أقصاها خمسة أيام عمل مصرفية تلي يوم التقديم لتحديد ما إذا كان التقديم مطابقا. إن هذه المدة لا تختصر أو تتأثر بوقوعها في أو بعد تاريخ التقديم بأي تاريخ انتهاء أو بأخر يوم للتقديم.

كما ينص قانون المعاملات التجارية الاماراتي في المواد التالية :

المادة 428:

1) الاعتماد المستندي عقد بمقتضاه يفتح المصرف اعتماداً بناء على طلب عميله (الآمر بفتح الاعتماد) في حدود مبلغ معين ولمدة معينة لصالح شخص آخر (المستفيد) بضمان مستندات تمثل بضاعة مشحونة أو معدة للشحن.

2) ويعتبر عقد الاعتماد المستندي مستقلاً عن العقد الذي فتح بسببه، ويبقى المصرف أجنبياً عن هذا العقد.

📞 02 681 3737   📱 055 5543030   ✉ Info@alialmahri.ae
الكــورنيــش شـــارع البـطـيـن – برج داس الطابق الرابع مكتب 403 📍



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علـــي المهــــري
للمحـــامـــاة والإستشــــارات القـانونيـــة

المادة 430

1) يجب أن تحدد بدقة في الأوراق الخاصة بطلب فتح الاعتماد المستندي أو تأييده أو الإخطار به المستندات التي تنفذ في مقابلها عمليات الوفاء أو القبول أو الخصم.

2 ) ويلتزم المصرف الذي فتح الاعتماد بتنفيذ شروط الوفاء والقبول والخصم المتفق عليها في عقد الاعتماد إذا كانت المستندات التي تمثل البضاعة مطابقة لما ورد في هذا العقد من بيانات وشروط.

المادة 434

1) يجوز لمصرف آخر غير الذي فتح الاعتماد المستندي أن يؤيد الاعتماد البات غير القابل للإلغاء بأن يلتزم بدوره بصفة قطعية ومباشرة قبل المستفيد وقبل كل حامل حسن النية للصك المسحوب تنفيذاً لعقد فتح الاعتماد.

2) ولا يعتبر مجرد الإخطار بفتح الاعتماد المستندي البات المرسل إلى المستفيد عن طريق مصرف آخر غير المصرف الذي فتح الاعتماد المستندي بمثابة تأييد من المصرف الآخر للاعتماد.

المادة 435

1) يجب أن تقدم المستندات إلى المصرف قبل انتهاء مدة الاعتماد فإذا قدمت بعدها رفضها المصرف ما لم يطلب الآمر بفتح الاعتماد قبولها ويوافق المصرف على ذلك.

2) وعلى المصرف أن يتحقق من وجود المستندات المطلوبة، ومن أن مضمونها يطابق تماماً شروط خطاب الاعتماد، ومن أنها متطابقة فيما بينها.

📞 02 681 3737   📱 055 5543030   ✉ Info@alialmahri.ae
الكــورنيــش شــارع البطيــن – برج داس الطابق الرابع مكتب 403 📍



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علــي المهـــري
للمحـامــاة والإستشـــارات القـانونيـــة

- الامر الذي يتضح معه اخلال الخصم المدخل بعقدي الاعتماد المستندي ومخالفته للاصول والاعراف ونصوص القانون في طريقة صرفه لقيمة الاعتمادين. حيث قام بتمكين المدعى عليها الاولى من الحصول على مبلغ عقدي الاعتماد المستندي دون الالتزام بالشروط الواردة في العقدين. وأخصها عدم قيامه (اي الخصم المدخل ) بالتحقق من وجود شهادة منشاء البضائع والوقوف على صحتها بواسطة غرفة التجارة او اتحاد الصناعة في الدولة المصدرة.

وفي شأن الطلبات العارضة في الدعوي حيث نصت المادة (97) من قانون الإجراءات المدنية وفقا لأحدث التعديلات بالمرسوم بقانون اتحادي رقم 18 لسنة 2018 مع اللائحة التنظيمية رقم 57 لسنة 2018

> للمدعى او المدعى عليه ان يقدم من الطلبات العارضة ما يكون مرتبطا بالطلب الاصلي ارتباطا يجعل من حسن سير العدالة نظرهما معا 2. وتقدم هذه الطلبات الى المحكمة بالإجراءات المعتادة لرفع الدعوى او بطلب يقدم شفاهه في الجلسة في حضور الخصم ويثبت في محضرها .

5



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS



علـي المهـري
للمحامـاة والإستشـارات القانونيـة

## الطلبات

تلتمس المدعيه من عدالة المحكمة الموقرة:

**أولا:** قبول طلب إدخال الخصم المدخل والتصريح بسداد الرسم المقرر عنه

**ثانيا:** وقبل الفصل في الموضوع: ندب لجنة خبراء ثلاثية مكونة من خبير مصرفي وخبير شحن وبيوع بحرية وخبير حسابي, تكون مهمتهم بعد الاطلاع على مستندات الدعوى وطلبات المدعية , بحث صحة اخلال المدعى عليها الاولى بتنفيذ عقدي البيع والشراء وبيان ما تم تنفيذه من العقد وما لم يتم تنفيذه وبيان الطرف المخل واحتساب ما لحق بالمدعية جرأه من خسائر وأضرار وكسب فائت والتعويض الجابر عن جملة تلك الاضرار والخسائر , وكذلك بحث مدى مخالفة الخصم المدخل لشروط وواجبات عقدي الاعتماد المستندي وبحث مدى مسؤوليته بالتضامن مع المدعى عليهما عن كافة الاضرار والخسائر اللاحقة بالمدعية, وبحث كافة عناصر الدعوى ككل.

**ثالثا:** فسخ عقد البيع المؤرخ في 2015/01/20 , وأرجاع مبلغ الاعتماد المستندي الصادر في تاريخ 2015/01/27 ويحمل الرقم :15/LC00006/61/10 والزام المدعى عليهم الأول والثاني والخصم المدخل بالتضامن فيما بينهم بأن يؤدوا للمدعية مبلغ وقدره: 23,935,000 يورو (ثلاثة وعشرون مليون وتسعمائة وخمسة وثلاثون الف يورو) قيمة عقد البيع وعقد الاعتماد المستندي

**رابعا:** فسخ عقد البيع المؤرخ في 2015/01/28 , وأرجاع مبلغ الاعتماد المستندي الصادر في تاريخ 2015/02/12 ويحمل الرقم :98L/C450001 والزام المدعى عليهم الأول والثاني والخصم المدخل بالتضامن فيما بينهم بأن يؤدو للمدعية مبلغ وقدره: 20,000,000 دولار امريكي ( عشرون مليون دولار امريكي) قيمة عقد البيع وعقد الاعتماد المستندي.

**خامسا:** إلزام المدعى عليهم الأول والثاني والخصم المدخل بالتضامن فيما بينهم بان يودو للمدعية مبلغ وقدره: 50,000,000 درهم اماراتي (خمسون مليون درهم اماراتي) وذلك تعويضاً شاملاً عن الاضرار اللاحقة بالمدعية.

وفي كل الاحوال القضاء بإلزام المدعى عليهم بالفائدة القانونية عن المبلغ المحكوم به بواقع 12% والزامهم بالرسوم والمصاريف وأتعاب المحاماة.

وتفضلوا بقبول وافر الاحترام

بوكالة المحامي / على المهري



6



علي المهري <alialmahri.advo@gmail.com>

---

**علي محمد المهري للمحاماة والإستشارات القانونية**
عدد الرسائل 2

---

**علي المهري** <alialmahri.advo@gmail.com>        17 نوفمبر 2019 ‏4:04 م
إلى: info@royal-asset.com

**السادة** / رويال اسيت مانجمنت – ROYAL ASSET MANAGEMENTالمحترمون

**تحية طيبة وبعد ,,,**

**نود إعلانكم بالآتي حيث تم قيد دعوى ضدكم بمحكمة دبي التجارية الكلية وقيدت بالرقم : 2019 / 1606 تجاري كلي -والمدعية فيها / شركة مجموعة ام اتش ليبيا للاستثمار والخدمات–MH LIBYA GROUP COMPANY FOR INVESTMENT AND SERVICES وحيث تحددت جلسة 24-11-2019 موعداً لتنظر الدعوى أمام الدائرة التاسعة بمحكمة دبي التجارية وذلك للعلم والحضور من طرفكم لحل النزاع القضائي**

وتفضلوا بقبول فائق التقدير والاحترام ,,,
مكتب علي المهري للمحاماه والاستشارات القانونية
هاتف / 026813737
موبيل / 0555543030 - 0526666900 - 0526666900
alialmahri.advo@gmail.com

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>        17 نوفمبر 2019 ‏4:04 م
إلى: alialmahri.advo@gmail.com



**لم يتم العثور على العنوان**

تعذَّر تسليم رسالتك نظرًا لأنه لم يتم العثور على النطاق info@royal-asset.com royal-asset.com. تحقَّق من الأخطاء الكتابية أو المسافات غير الضرورية وأعِد المحاولة.

كان الرد:

```
DNS Error: 15596572 DNS type 'mx' lookup of royal-asset.com responded with code NXDOMAIN
Domain name not found: royal-asset.com
```



**ALI ALMAHRI**
ADVOCATS & LEGAL CONSULTANTS

علــي المـهـري
للمحــامـــاة والإسـتشـــارات القـانـونيــة

لدى محكمة دبي الابتدائية

الدائرة التجارية        الموقرة

حافظة مستندات

– مقدمة من المدعـية

– شركة مجموعة ام انش ليبيا للاستثمار والخدمات

بوكالة المحامي / على المهري.

ضــــد

المدعى عليهم

1-مؤسسة رويال اسيت مانجمنت لمالكها: الشيخ صقر محمد زايد ال نهيان

2– الشيخ صقر محمد زايد ال نهيان

| الرقم | عدد الصفحات | التاريخ | بيانات المستند |
|---|---|---|---|
| 1 | 9 | 2015/01/20 | نسخة مترجمة من عقد بيع وشراء رقم 78646 |
| 2 | 6 | 2015/01/27 | نسخة مترجمة مـن خطاب الاعتماد المسـتندي رقم15/LC00006/61/10 |
| 3 | 9 | 2015/01/28 | نسخة مترجمة من عقد بيع وشراء رقم 78629 |
| 4 | 11 | 2015/02/12 | نسخة مترجمة مـن خطاب الاعتماد المسـتندي رقم98L/C450001 |

وتفضلوا بقبول وافر الاحترام

بوكالة المحامي / على المهري



10

# مستند

# (1)



**Stowe for Legal Translation Services**
ستــو لخــدمات التـرجمة القـانونيـة

Haneen Akram Abu
Stowe Legal Transla،
حنين أكرم عبد الباري
المترجم القانوني المحلف

رقم العقد: RAM/MH/78646
التاريخ: 20 يناير 2015

<u>عقد شراء وبيع</u>

البائع: رويال اسيت مانجمنت

العنوان: جناح 1303 برج نسيمة،شارع الشيخ زايد، دبي الامارات العربية المتحدة

رقم التلفون: 2433 386 4 971+

الشخص الذي ينبغي التواصل معه : السيد/ زابير فاليدا

معلومات البنك الذي يتعامل معه البائع

اسم البنك: بنك الصين الشرق الاوسط المحدود

العنوان: الطابق الحادي عشر، برج 2، الفاتان كرنسي هاوس، مركز دبي المالي العالمي، دبي الامارات العربية المتحدة

اسم الحساب: رويال اسيت مانجمنت

رقم الحساب: 00100001700003937

رقم IBAN: AE366300100001700003937

رمز التحويل: BKCHAEAD

المشتري: مجموعة ام اتش ليبيا للإستثمار والخدمات

العنوان: بنغازي، البيادة ليبيا

رقم التلفون: 2180925108166

البريد الإلكتروني: sallah@mhlibya.com

وافق البائع على البيع في حين وافق المشتري على شراء الآتي:

السلع ذات الصلة بمعدات التمديدات الطبية و المواد الإستهلاكية و الخدمات المهنية على المواد المذكورة في هذا العقد.

وقد تم الإتفاق بين الاطراف على الآتي:

1.السلع والخدمات

| المبلغ الإجمالي (يورو) | سعر الوحدة (يورو) | الكمية | التفاصيل |
|---|---|---|---|
| 14,000.00 | 3,500.00 | 4 | حقيبة إنعاش للبالغين |
| 517,842.00 | 517,842.00 | 1 | جهاز تعقيم |
| 2,341,356.00 | 780,452.00 | 3 | وحدات جراحية كهربائية |

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice



**Stowe for Legal Translation Services**
ستو لخدمات الترجمة القانونية

Haneen Akram Abdc
Stowe Legal Transl
ين أكرم عبد الباري
ـر جمة القانونى المحلف

| | | | |
|---:|---:|---:|---:|
| 1,272,477.00 | 424,159.00 | 3 | فة عمليات كبيرة |
| 5,700.00 | 1,900.00 | 3 | |
| 950,000.00 | 950,000.00 | 1 | اغ |
| 761,376.00 | 380,688.00 | 2 | ليات القيصرية |
| 400,000.00 | 200,000.00 | 2 | كسج النبضي |
| 210,000.00 | 70,000.00 | 3 | كهربائية |
| 600,000.00 | 150,000.00 | 4 | فة العناية المركز |
| 1,484,554.00 | 742,277.00 | 2 | ليط قلب |
| 1,750,000.00 | 1,750,000.00 | 1 | ة إكس متحركة |
| 950,000.00 | 9,500.00 | 100 | نص |
| 1,200,000.00 | 1,200,000.00 | 1 | ين غير المباشرة |
| 750,000.00 | 750,000.00 | 1 | لية العين |
| 180,000.00 | 45,000.00 | 4 | اساد |
| 1,600,000.00 | 800,000.00 | 2 | قي |
| 48,000.00 | 24,000.00 | 2 | ي سي اي |
| 64,000.00 | 32,000.00 | 2 | نبر الملغم |
| 3,596,127.00 | 1,198,709.00 | 3 | نان، وحدة ممارسة كاملة |
| 1,035,684.00 | 517,842.00 | 2 | بم اسنان |
| 267,000.00 | 89,000.00 | 3 | سقل |
| 75,000.00 | 25,000.00 | 3 | اء/وعاء الضغط |
| 600,000.00 | 300,000.00 | 2 | ين مبرمجة |
| 130,000.00 | 65,000.00 | 2 | الشمع |
| 767,174.00 | 383,587.00 | 2 | واء |
| 81,000.00 | 27,000.00 | 3 | |
| 584,554.00 | 292,277.00 | 2 | ن الهيموغلوبين كهربائي |
| 331,800.00 | 82,950.00 | 4 | /ادوية |
| 311,600.00 | 155,800.00 | 2 | ف الجنين |
| 461,800.00 | 461,800.00 | 1 | |
| 12,000.00 | 40.00 | 300 | راحية |
| 581,956.00 | 581,956.00 | 1 | هنية |
| 23,935,000.00 | | | |

2 بلد المنشأ : دبي، الإمارات العربية المتحدة

3. التعبئة



Haneen Abdul Bari
Certified Legal Translator   Approved by
Ministry of Justice
Arabic - English - Arabic
STOWE LEGAL TRANSLATION SERVICES

P.O.Box: 57551, Dubai-U.A.E. Tel: 04-2507698, Fax: 04-2507699, Al Mamzar Centre-Dubai



Stowe for Legal Translation Services
ستـو لخـدمـات الـتـرجمـة القانـونيـة

Haneen Akram Abdelbari
Stowe Legal Translator
حنين أكرم عبد الباري
المترجم القانوني المحلف

4. تاريخ الشحن: سيتم شحن جيع الإمدادات والمواد المستهلكة قبل يونيو 2015، ومن ثم يجب على البائع إشعار المشتري عن طريق بريد إلكتروني مبيّنا اسم الباخرة و بوليصة الشحن وزمن المغادرة، واليوم المقدر لها بالوصول 15 خمسة عشرة يوما من تاريخ الشحن.

5. ميناء الشحنة: اي ميناء بحري في دبي

6. ميناء تفريغ الشحنة: اي ميناء بحري في ليبيا

7. شحنة جزئية: مسموح

8. شحن من باخرة الى اخرى: مسموح

9. طريقة الدفع:

يجب على المشتري فتح خطاب ائتمان غير قابل للإلغاء، لصالح البائع بقيمة 100% من الفاتورة. ويتم دفع 100% من الفاتورة مرفقًا بالمستندات الآتية.

تكون كل الرسوم المصرفية ماعدا فتح البنك؛على نفقة البائع.

تُسلم نسخة من استمارة خطاب الإعتماد للبائع قبل صدور الخطاب الفعلي.

المستندات المطلوبة للسداد 100%:

1. فاتورة تجارية موقعة وصادرة من البائع 3 اصل و 3 نسخ)

2. قائمة التعبئة الصادرة من البائع (3 اصل و 3 نسخ)

3. كل فواتير بوليصة الشحن معلمة بـ " أجرة الشحن المدفوعة مقدمًا؛ واشعار البائع

4. شهادة الاصل صادرة من قبل البائع.

10. تكون كل تكاليف فتح الحساب المصرفي، على عاتق الطرف الذي سيقوم بفتح الحساب.

11. يتم قبول مستندات الطرف الثالث؛ ما عدا الفاتورة و المسودة.

12. يجب على المشتري توفير التأمين.

15. القوة القاهرة

إذا اخفق أيًا من الطرفين – في غضون مدة الإتفاقية – عن اداء كامل إلتزاماته، او جزء منها، بموجب هذا العقد؛ وذلك بسبب الحرب، والعدائيات، والعمليات العسكرية، والإضطرابات المدنية، واعمال التخريب، وحوادث القضاء والقدرن والحريق، والفيضانات، والإضرابات. تبعًا لذلك، سيتم تأجيل تاريخ اداء الإلتزامات، الى حين إنتهاء الظرف القاهر.

لا تعد المهلة الزمنية، ذات الصلة بتسليم وتركيب جزء من البضاعة؛ بمثابة مهلة زمنية لتسليم وتركيب كافة البضاعة. إذا امتدت فترة هذا الإجراء، لاكثر من شهرين؛ حينها يحق لاي من الطرفين، رفض تأدية إلتزامات العقد، ويحق لكل طرف المطالبة بتعويض الاضرار.

يجب على كل طرف، يخفق في اداء الإلتزاماته بموجب هذا العقد؛ ان يقوم بإبلاغ الطرف الآخر بهذا الاخفاق ، في غضون 15 يومًا من تاريخه.

إذا لم تتوفر البضاعة، لن يُعفى البائع من اداء إلتزاماته، بموجب هذا العقد.

16. التحكيم





Stowe for Legal Translation Services
ستو لخدمات الترجمة القانونية

Haneen Akram Ab
Stowe Legal Tran
ن أكرم عبد الباري
جم القانونى المحلف

يجب تسوية كافة النزاعات ـ ذات الصلة بهذا العقد ـ بطريقة ودية. وإذا تعذر ذلك، يجب إحالة النزاع الى التحكيم، بغرض البت فيه، وذلك وفقًا للوائح التحكيم. وستكون الجهة التحكيمة هي: لجنة دبي الدولية تحكيم التجاري والإقتصادي.

يخضع هذا العقد، لقوانين المملكة المتحدة. يجب إحالة النزاع ذو الصلة بهذا العقد، للتحكيم في لندن. يكون قرار المحكمة حيال هذا النزاع، نهائيًا وُمُلزِمًا. يتحمل الطرف الخاسر في هذا النزاع، كافة مصاريف تحكيم، او بحسب ما تقرره المحكمة.

1.الصلاحية

يكون هذا العقد ساري المفعول، بمجرد التوقيع عليه من قبل الاشخاص المفوضين من البائع والمشتري. تكون نسخة الفاكس، او النسخة الممسوحة، بمثابة نسخة اصلية.

1.التعديلات

تكون كافة التعديلات التي تطرأ على هذا العقد، سارية المفعول، عند التوقيع والختم عليها، من قبل اطراف هذا العقد.

المفوض بالتوقيع من طرف البائع: [يوجد توقيع]

[يوجد ختم]

الاسم: زبير فاليدا

الوظيفة: مدير تنفيذي                     التاريخ: 2015/1/21

المفوض بالتوقيع من طرف المشتري: [يوجد توقيع]

[يوجد ختم]

الاسم: ديفيد انتوتي ليفيك

الوظيفة: كبير ضباط العمليات              التاريخ: 2015/20/01

ملاحظة: "هذا المستند غير معد للتصديق من قبل وزارة العدل بدولة الإمارات العربية المتحدة مالم يتم تصديقه حسب الأصول من الجهات المختصة."



Contract No: RAM/MH/78646        Dated 20th January 2015

## PURCHASE-SALE CONTRACT

| | |
|---|---|
| The Seller | : **Royal Asset Management** |
| Address | : Suite 1303 Nassima Tower, Sheikh Zayed Road, Dubai UAE |
| Tel | : +971 4 386 2433 |
| Contact | : Mr Zabir Vadia |

**Seller Banking Information:**

| | |
|---|---|
| Bank Name | : Bank of China Middle East Limited |
| Address | : Level 11, Tower 2, Al Fattan Currency House, DIFC Dubai UAE |
| Account name | : Royal Asset Management |
| Bank Account No | : 00 10000 17 0000 3937 |
| IBAN No. | : AE36 6300 1000 0170 0003 937 |
| SWIFT CODE | : BKCHAEAD |

| | |
|---|---|
| The Buyer | : **MH Company Libya for Investment** |
| Address | : Benghazi Al- Bayda Libya |
| Tel | : 218 0925 108 166 |
| Email | : sallah@mhlibya.com |

Whereas the Seller has agreed to sell and the Buyer has agreed to buy the following items relating to medical equipment supplies, consumables and professional services on the terms and conditions hereinafter mentioned.

Now it is hereby mutually agreed and declared by and between the parties hereto as follows:

Seller Initial MZV        1 |        Buyer Initial

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic

Contract No: RAM/MH/78646       Dated 20th January 2015

1-Goods & Services

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| Resuscitaion bag Adult | 4 | € 3,500.00 | € 14,000.00 |
| Autoclave | 1 | € 517,842.00 | € 517,842.00 |
| Electrosurgicai unit | 3 | € 780,452.00 | € 2,341,356.00 |
| operating theatre table, major | 3 | € 424,159.00 | € 1,272,477.00 |
| spot light | 3 | € 1,900.00 | € 5,700.00 |
| vacuum Plant | 1 | € 950,000.00 | € 950,000.00 |
| Caesaerian section set | 2 | € 380,688.00 | € 761,376.00 |
| Pulse oximeter | 2 | € 200,000.00 | € 400,000.00 |
| Suction Machine , Electric | 3 | € 70,000.00 | € 210,000.00 |
| ICU bed | 4 | € 150,000.00 | € 600,000.00 |
| ECG Monitor | 2 | € 742,277.00 | € 1,484,554.00 |
| Mobile X-ray Unit | 1 | € 1,750,000.00 | € 1,750,000.00 |
| Screen Bed | 100 | € 9,500.00 | € 950,000.00 |
| Indirect Opthalmoscope | 1 | € 1,200,000.00 | € 1,200,000.00 |
| Eye Operation Microscope | 1 | € 750,000.00 | € 750,000.00 |
| Cataract set | 4 | € 45,000.00 | € 180,000.00 |
| Slit Lamp | 2 | € 800,000.00 | € 1,600,000.00 |
| ICCE set | 2 | € 24,000.00 | € 48,000.00 |
| Amalagmator | 2 | € 32,000.00 | € 64,000.00 |
| Dental chair Complete practice Unit | 3 | € 1,198,709.00 | € 3,596,127.00 |
| Dental Autocalve | 2 | € 517,842.00 | € 1,035,684.00 |
| Polishing Lathe | 3 | € 89,000.00 | € 267,000.00 |
| Hydroflask/pressure pot | 3 | € 25,000.00 | € 75,000.00 |
| Programmed porcelain machine | 2 | € 300,000.00 | € 600,000.00 |
| Dewaxing machine | 2 | € 65,000.00 | € 130,000.00 |
| Air Compressor | 2 | € 383,587.00 | € 767,174.00 |
| Casting Machines | 3 | € 27,000.00 | € 81,000.00 |
| Haemoglobinometer, Electric | 2 | € 292,277.00 | € 584,554.00 |
| Trolly , Medicine/drug | 4 | € 82,950.00 | € 331,800.00 |
| Fetus Detector | 2 | € 155,800.00 | € 311,600.00 |
| Incubator Infunt | 1 | € 461,800.00 | € 461,800.00 |
| Surgical Goves & Sanitzer boxes (consumables) | 300 | € 40.00 | € 12,000.00 |
| PROFESSIONAL SERVICES | 1 | € 581,956.00 | € 581,956.00 |
| | | | |
| | | TOTAL | € 23,936,000.00 |

Seller Initial   42✓



Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic
STOWE LEGAL TRANSLATION SERVICES

Contract No: RAM/MH/78646     Dated 20th January 2015

2-**Country of Origin**: Dubai UAE

3-**Packing:** 20ft containers

4-**Time of Shipment**: The entire quantity of supplies, and consumables should be shipped before June, 2015. After shipping the goods, Seller should notify the Buyer by email the vessel's name, bill of lading, time of departure and estimated arrival day within 15 banking days after shipment.

5-**Port of Shipment**    : Any Dubai Sea Port

6-**Port of Discharge**    : Any Libyan Sea Port

7-**Partial Shipment**    : Allowed

8-**Transshipment**    : Allowed

9-**Mode of Payment**:

The Buyer should open an irrevocable Confirmed Letter of Credit at sight to the Seller for 100% of Invoice value. 100% of Invoice value shall be paid upon presentation of the following documents.

All banking charges outside opening bank are for account of the Seller.
A copy of LC application shall be submitted to Seller for approval before the actual LC is issued.

**DOCUMENTS REQUIRED FOR 100% payment**

1- Signed Commercial Invoice issued by Seller in 3 originals and 3 copies.

2-Packing List issued by Seller in 3 original and 3 copies

3-Full set shipping on board Bills of Lading made out to order, marked "freight prepaid", blank endorsed and notify seller

4- Certificate of Origin issued by Seller.

10- All opening bank costs are to opener's account

11- Third party documents except invoice and draft are acceptable

Seller Initial  _ML_    3 | 5   Buyer Initial

Haneen Abdul Bari
Certified Legal Translator -Approved by
Ministry of Justice
Arabic - English - Arabic
STOWE LEGAL TRANSLATION SERVICES

Contract No:RAM/MH/78646          Dated 20th January 2015

12- Insurance shall be arranged by the Buyer.

**15- Force Majeure**

If at any time during the existence of this contract either party is unable to perform whole or in party any obligation under this contract because of war, hostility, military operation of any character, civil commotions, sabotage quarantine restriction, act of God, fire, floods, strikes, then the date of fulfillment of any obligation shall be postponed during the time when such circumstances are operative.

Any waiver/extension of time is respect of the delivery of any installment or part of the goods shall not be deemed to be waiver/extension of time in respect of the remaining deliveries. If operation of such circumstances exceeds two months, either party will be the right to refuse further performance of the contract in which case neither Party shall have the right to claim eventual damages.

The party which is unable to fulfill its obligations under the present contract must within 15 days of occurrence of any of the causes mentioned in this clause wall inform the other party of the assistance of the circumstances preventing the performance of the contract.

Certificate issued by Chamber of Commerce or any other competent authority connected with the cause in the country of the Seller or the Buyer shall be sufficient proof of the existence of the above circumstances and their duration.

Non-availability of goods will not be excuse to the seller for not performing their obligations under this contract.

**16-Arbitration**

All disputes in connection with this contract or the execution hereof shall be amicably settled through negotiation. If no settlement can be reached, the case in dispute shall then be submitted to and finally resolved by arbitration in accordance

Seller Initial  *MZV*          4 | ᵖ ᵃ ᵍ ᵉ   Buyer Initial:

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic
LEGAL TRANSLATION SERVICES

Contract No: RAM/MH/78646     Dated 20th January 2015

with the unicitral arbitration rules at present in force. The appointing authority shall be Dubai international economic and trade arbitration commission. The governing

law of this contract shall be United Kingdom law. The case of dispute shall be submitted to the place of arbitration in London The decision made by the court shall be accepted as final and binding upon both parties. All the expenses incurred by such arbitration shall be borne by the losing party unless otherwise awarded by the court.

### 17-Validation

The contract shall become valid as and when signed by duly authorized representatives of both the Seller and the Buyer. The fax or scan copy have the same force as the original.

### 18. Amendments

Any amendments to the contract will only come into force when signed and stamped by both the parties to this contract.

**The Seller:**

Authorized Signature:

Name: Zabir Vadia

Title: CFO       Date: 21/1/2015

روبال اسيت مانجمنت
ROYAL ASSET MANAGEMENT
P.O.Box : 57000, DUBAI- U.A.E.

**The Buyer:**

Authorized Signature:

Name: David Anthony Le-veque

Title: COO       Date: 01-20-2015

Seller Initial

Buyer Initial 5

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic
STONE LEGAL TRANSLATION SERVICES

مـسـتـنـد

**(2)**



| Mob. | : +971 50 2737415 |
| Tel | : +971 4 26 11 300 |
| Fax | : +971 4 26 11 299 |
| P.O.Box | : 90625 Dubai - UAE |
| E-mail | : info@palmyra-trans.com |
| E-mail | : Palmyra.legal.tra@gmail.com |

**PALMYRA LEGAL TRANSLATION SERVICES**
بالميرا لخـدمـات الترجمة القانونية

متجرات : +971 50 273 74 15
هاتف : +971 4 26 11 300
فاكس : +971 4 26 11 299
ص.ب : 90625 – دبـي – إ.ع.م
info@palmyra-trans.com : ايميل
Palmyra.legal.tra@gmail.com : ايميل

رقم القضية: JPR-SVW-02782-cv-19:2    تاريخ رفع القضية: 2019/.7/22م    صفحة 6 من 19    الرقم التعريفي للصفحة: 145    رقم الوثيقة: 18-2

**عرض الرسالة**

27 يناير 2015 الثلاثاء
الساعة: 15:44:25

------------- نوع وارسال الطلب -------------

إشعار (إرسال) النسخة الأصلية المرسلة لسويفت (تعديل)

حالة التسليم باستخدام الشبكة: تعديل

الأولوية/التسليم: عادي

الرقم المرجعي لمدخلات الرسالة: XXXX XXXXXXCDBLLYUTA061000000001

------------- رأس الرسالة -------------

الاعتماد المستندي نموذج سويفت (FIN 700)

المرسل    :    CDBLLYLT061
مصرف التجارة والتنمية
البيضاء، ليبيا

المستلم    :    JGBAJOAMXXX
البنك التجاري الأردني
عمان، الأردن

------------- رأس المستخدم -------------

8.1: الرقم المرجعي لمستخدم الرسالة

25.963

------------- نص الرسالة -------------

27: تتابع المجموع

1/1

40: شكل الاعتماد المستندي

نهائي

20: رقم الاعتماد المستندي

15/LC00006/61/10.

31ج: تاريخ الاصدار

15/01/25

40هـ: القواعد المعمول بها

أحدث اصدار من القواعد والأعراف الدولية الموحدة

31د: تاريخ ومحل انتهاء الصلاحية

150425IN الأردن

50: مقدم الطلب

الحساب: 1001-2584367-10011
MH ليبيا
بنغازي – البيضاء – ليبيا

59: المستفيد – الاسم والعنوان

لا يجب تقديم هذا المستند إلى إدارة العدل لدولة الإمارات العربية المتحدة
This document shall not be Submitted to the Attestation Department of UAE Ministry of Justice.

Office No. 111, Dubai Deira, Al Khaima Building

| Mob. | : +971 50 2737415 |
| Tel | : +971 4 26 11 300 |
| Fax | : +971 4 26 11 299 |
| P.O.Box | : 90625 Dubai - UAE |
| E-mail | : info@palmyra-trans.com |
| E-mail | : Palmyra.legal.tra@gmail.com |



**PALMYRA LEGAL TRANSLATION SERVICES**
بـالمـيـــرا لخـدمــاتـ الـتـرجمة الـقـانـونية

متشركة: ١٥ ٧٤ ٢٧٣ ٥٠ ٩٧١+
هاتف: ٣٠٠ ١١ ٢٦ ٤ ٩٧١+
فاكس: ٢٩٩ ١١ ٢٦ ٤ ٩٧١+
ص.ب: ٩٠٦٢٥ - دبي - إ.ع.م
info@palmyra-trans.com
Palmyra.legal.tra@gmail.com

١٠٠٠٠١٧٠٠٠١٦٠١/

رويال أسيت مانجمنت

جناح ١٣٠٣، برج سيمه، شارع الشيخ زيد

نبي: الإمارات العربية المتحدة

هاتف: ٠٠٩٧١٤٣٨١٢٤٣

@

٣ب: رمز العملة والمبلغ

العملة: يورو (العملة الأوروبية)

المبلغ: ٢٣,٩٣٥,٠٠٠

٤١أ: متاح من خلال...بواسطة....-الرمز المعرف للبنوك

**JGBAJOAMXXX**

البنك التجاري الأردني

عمان الأردن

بالسداد

٤٣ع: الشحنات الجزئية

مسموح

٤٣ت: النقل من سفينة إلى أخرى

مسموح

٤٤هـ: ميناء التحميل/مطار المغادرة

أي ميناء بحري إماراتي

٤٤و: ميناء التفريغ/مطار الوصول

أي ميناء بحري لغبي

EX 2/6

رقم القضية: 2:19-cv-02782-SVW-JPR    رقم الوثيقة: ١٨-٢    تاريخ رفع القضية: ٢٠١٩/٠٧/٢٢م    صفحة ٧ من ١٩    الرقم التعريفي للصفحة: ١٤٦

٤٤ج: آخر تاريخ شحن

١٥/٠٤/٠٤

٤٥أ: وصف البضائع و/أو الخدمات

فاتورة مبدئية: المعدات الطبية والمستلزمات والمواد الاستهلاكية والخدمات المهنية وفقاً للفاتورة المبدئية رقم: ١٣٧٢٦؛ والصادرة بتاريخ ٢٠١٥/٠١/٢٤م، التكلفة والتأمين والشحن

٤٦أ: الوثائق اللازمة

١.   مجموعة كاملة من بوالص شحن بضاعة سليمة على ظهر السفينة صادرة لأمرنا موضحاً دفع قيمة الشحن مقدماً وإخطار المشترين.

٢.   الفواتير التجارية الأصلية التي تم إصدار خمس نسخ منها باسم المشترين والتي وقّع عليها المستفيدين قانونـاً وحسـب الأصول وصدقوا على أنه قد تم شحن البضائع على النحو المتوقع في الفاتورة المبدئية.

٣.   (تحدد شهادة منشأ البضائع التي هي الإمارات العربية المتحدة، أن البضائع الجاري تصديرها والتي منشأها الوطني الإمارات العربية المتحدة يجب التحقق من صحتها من خلال غرفة التجارة و/أو اتحاد الصناعة في الدولة المصدّرة)

٤.   قائمة التعبئة والتغليف من نسختين

٧ب: الشروط الإضافية

هذا الاعتماد إلى الأعراف والممارسات الموحدة للاعتمادات المستندية (كتيب غرفة التجارة الدولية رقم: ٦٠٠، اصدار

لا يتم تقديم هذا المستند إلى قسم التصديقات بوزارة العدل لدولة الإمارات العربية المتحدة
This document shall not be Submitted to the Attestation Department of UAE Ministry of Justice

Office No. 111, Dubai Deira, Al Khaima Building

| Mob. | : +971 50 2737415 |
| Tel | : +971 4 26 11 300 |
| Fax | : +971 4 26 11 299 |
| P.O.Box | : 90625 Dubai - UAE |
| E-mail | : info@palmyra-trans.com |
| E-mail | : Palmyra.legal.tra@gmail.com |



**PALMYRA LEGAL TRANSLATION SERVICES**
**بالميــرا لخــدمـاتــ الترجمة القـانونية**

متشرفة : ١٥ ٧٤ ٢٧٣ ٥٠ ١ ٩٧١+
هاتف : ٣٠٠ ١١ ٢٦ ٤ ١ ٩٧١+
فاكس : ٢٩٩ ١١ ٢٦ ٤ ١ ٩٧١+
ص.ب : ٩٠٦٢٥-دبي-ا.ع.م
info@palmyra-trans.com : ايميل
Palmyra.legal.tra@gmail.com : ايميل

عام (٢٠٠٧)

٢. الوثائق التي تحمل تاريخ إصدار قبل تاريخ خطاب الاعتماد غير مقبولة.

٣. يجب أن يظهر رقم خطاب الاعتماد وتاريخه على جميع الوثائق المطلوبة.

٤. لا يجوز أندع للمستفيدين تحت التحفظ و/أو تداول المستندات ذات التناقضات بدون الحصول على موافقتنا المسبقة.

٥. يجب إرسـال النسـخة الأصـلية مـن كـل نسـخة مـن الوثـائق بمـا فـي ذلـك نسـخة قابلـة للتداول مـن بوليصـة الشـحن، إلـى مصـرف التجارة والتنمية، فروع البيضاء

الهاتف: ٠٠٢١٨٦٩٤٦٣٦٣٥٦٩٤ – ٠٠٢١٨٦٩٤٦٣٢٧٩٢

عن طريق أي خدمات شركة بريد.

٧/ب: الرسوم

جميع الرسوم والعمولات البنكية خارج ليبيا يتم تحصيلها من المستفيدين بما في ذلك رسوم التعويضات والتأكيدات.

٤٨: الفترة الزمنية للتقديم

فترة تقديم المستندات (٢١) يوم

٤٩: تعليمات التأكيد

تم التأكيد عليها

٧٨: التعليمـات الخاصـة بالبنـك الـذي يـدفع قيمـة خطـاب الاعتمـاد المسـتندي ويقابلهـا ويقـابض بثمنها

شريطة الالتزام قانونا بالشروط والأحكام المذكورة أعلاه، نقر بأن جميع الحوالة (الحوالات) / المطالبة (المطالبات) المسحوبة سيتم دفعها / قبلها عند التقديم في شبابيكم، شريطة استلام تفويض منا من خلال رسالة رسمية.

٥/د: "لإخطار عن طريق" اسم وعنوان المصرف
/AE30BKCH100001700001601
BKCHAEADXXX

٧٢: معلومات المرسل المرسلة إلى المرسل إليه

تمثل هذه الرسالة الوثائق النافذة، حيث أن يعقبها تأكيد بريدي.

يرجى الإقرار باستلام هذا الاعتماد.

وتفضلوا بقبول فائق الاحترام والتقدير ،

----------------- التخدات -----------------

الفنة: تقرير شبكة
وقت الإصدار ٢٠١٥/٠١/٢٥م، الساعة: ١٠:٤١:١٠

EX 2/7

رقم القضية: 2:19-cv-02782-SVW-JPR   رقم الوثيقة: ١٨-٢   تاريخ رفع القضية: ٢٠١٩/٠٧/٢٢م   صفحة ٨ من ١٩   الرقم التعريفي للصفحة: ١٤٧

الطلب: واجهة السويت
المنشئ: منشئ: --- 061/C2/7
معدل: ---- 061/C2/7
النص:

هذه الوثيقة محررة الكترونيا بواسطة باي جات ميسشرو

EX 2/8



This document shall not be Submitted to the Attestation Department of U.E Ministry of Justice.
Office No. 111, Dubai

## Message View

```
27 January 2015 Tuesday
15:44:25
------------------ Instance Type and Transmission ----------------------
Notification (Transmission) of Original sent to SWIFT (Modification)
Network Delivery Status:Modification
Priority/Delivery       :Normal
Message Input Reference:XXXX XXXXXXCDBLLYLTA06:0000000001
----------------------- Message Header ------------------------------
Swift INPUT FIN 700 Issue of a Documentary Credit
Sender          :CDBLLYLT061
                 BANK OF COMMERCE AND DEVELOPMENT
                 EL BIEDA
                 EL BIEDA LY
Receiver        :JGBAJOAMXXX
                 JORDAN COMMERCIAL BANK
                 AMMAN JO
--------------- User Header -------------------------------------
108:Msg User Ref.
    250963
----------------------- Message Text ------------------------------
27 :Sequence of Total
    1/1
40A:Form of Documentary Credit
    IRREVOCABLE
20 :Documentary Credit Number
    10/61/LC00006/15
31C:Date of Issue
    150125
40E:Applicable Rules
    UCP LATEST VERSION
31D:Date and Place of Expiry
    150425IN JORDAN
50 :Applicant
    AC:0061-763582-001
    MH LIBYA
    BENGHAZI-AL BAYDA-LIBYA
59 :Beneficiary - Name & Address
    /100001700001601
    ROYAL ASSET MANAGEMENT
    SUITE 1303,NASSIMA TOWER,SHEIKH
    ZAYED ROAD
    DUBAI-UAE
    TEL:009714386243
    @
32B:Currency Code, Amount
    Currency:EUR (EURO)
    Amount  :#23.935.000,#
41A:Available With...By... - BIC
    JGBAJOAMXXX
    JORDAN COMMERCIAL BANK
    AMMAN JO
    BY PAYMENT
43P:Partial Shipments
    ALLOWED
43T:Transhipment
    ALLOWED
44E:Port of Loading/Airport of Dep.
    ANY UAE SEA PORT
44F:Port of Dischrge/Airport of Dest
    ANY LIBYAN SEA PORT
```



Ex 2/6

**44C:Latest Date of Shipment**
   150404
**45A:Descriptn of Goods &/or Services**
   PROFORMA INVOICE :
   MEDICAL EQUIPMENT SUPPLIES CONSUMABLES AND PROFESSIONAL SERVICES
   (CIF) ANY LIBYAN SEA PORT AS PER P/I NO.13726 DTD
   24/01/2015
**46A:Documents Required**
   (1)- FULL SET CLEAN ON BOARD BILL OF LADING MADE OUT
   TO OUR ORDER EVIDENCING FREIGHT PREPAID AND BUYERS SHOULD BE
   NOTIFIED.
   (2)- ORIGINAL COMMERCIAL INVOICES IN THE NAME OF THE
   BUYERS IN FIVE COPIES DULY SIGNED AND CERTIFIED BY THE
   BENEFICIARIES THAT THE GOODS SHIPPED ARE EXACTLY AS SPECIFIED
   IN THE PROFORMA INVOICE.
   3)- (GOODS ARE OF UAE ORIGIN)CERTIFICATE
   OF ORIGIN SHOULD BE STATED THAT THE GOODS BEING EXPORTED ARE OF
   THE NATIONAL ORIGIN OF UAE SHOULD BE AUTHENTICATED BY
   THE CHAMBER OF COMMERCE AND/OR UNION OF INDUSTRY IN EXPORTING
   COUNTRY.
   (4)- PACKING LIST IN TWO COPIES
**47A:Additional Conditions**
   1-THIS CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND
   PRACTICE FOR DOCUMENTARY CREDITS(2007 REVISION INTERNATIONAL
   CHAMBER OF COMMERCE BROCHURE NO.600.
   2-DOCUMENTS BEARING A DATE OF ISSUANCE PRIOR TO THAT OF THE
   L/CREDIT ARE NOT ACCEPTABLE.
   3- THE L/CREDIT NUMBER AND DATE SHOULD APPEAR ON ALL THE
   REQUIRED DOCUMENTS.
   4- PAYMENT TO BENEFICIARIES UNDER RESERVE AND/OR NEGOTIATION OF
   DOCUMENTS WITH DISCREPANCIES WITHOUT OBTAINING OUR PRIOR
   APPROVAL ARE NOT PERMITTED.
   5-THE ORIGINAL OF EACH OF THE DOCUMENTS INCLUDING ONE
   NEGOTIABLE COPY OF B/L SHOULD BE FORWARDED TO BANK OF
   COMMERCE AND DEVELOPMENT ALBIDA BRANCHS
   TEL 00218694635694-00218694632792
   BY ANY COURIER SERVICES.
**71B:Charges**
   ALL BANKS CHARGES AND COMMISSIONS
   OUTSIDE LIBYA ARE TO BE COLLECTED
   FROM THE BENEFICIARES INCLUDING
   REIMBURSEMENTS AND CONFIRMATIONS
   CHARGES .
**48 :Period for Presentation**
   PERIOD OF DOCUMENTS PRESENTATION IS
   (21)DAYS
**49 :Confirmation Instructions**
   CONFIRM
**78 :Instr to Payg/Acoptg/Negotg Bank**
   PROVIDED THE ABOVE MENTIONED TERMS AND CONDITIONS
   ARE DULY COMPLIED WITH.
   WE HEREBY CONFIRM THAT ALL DRAFT (S)/CLAIM (S) SO DRAWN
   SHALL BE DULY PAID / ACCEPTED ON PRESENTION AT YOUR
   COUNTERS.
   PROVIDED AUTHORISATION FROM US BY AUTHENTICATED MESSAGE.
**57D:'Advise Through' Bank -Name&Addr**
   /AE30BKCH10000170000161
   BKCHAEADXXX
   BANK OF CHINA MIDDLE EAST (DUBAI)
**72 :Sender to Receiver Information**
   THIS MESSAGE REPRESENT THE
   OPERATIVE INSTRUMENTS,NO MAIL
   CONFIRMATION WILL FOLLOW.
   KINDLY ACKNOWLAGE RECIPT OF THIS
   CREDIT.
   BEST REGARDS
------------------------ Interventions --------------------------------
Category     :Network Report
Creation Time:25/01/2015 10:41:10



Ex 2/7

```
Application  :SWIFT Interface
Operator     :Creator ----> 061/C2/7
             Modifier ---> 061/C2/7
Text         :
```

This document is generated automatically by ©PsyGate Maestro



Ex 2/8

مستند

(3)



Stowe for Legal Translation Services
ستـو لخـدمات التـرجمة القانونيـة



Haneen Akram Abu
Stowe Legal Translah
حنين أكرم عبد الباري
المترجم القانوني المحلف

رقم العقد: RAM/MH/78629

التاريخ: 28 يناير 2015

<u>عقد شراء وبيع</u>

البائع: رويال اسيت مانجمنت

العنوان: جناح 1303 برج نسيمة،شارع الشيخ زايد، دبي الامارات العربية المتحدة

رقم التلفون: 2433 386 4 971+

الشخص الذي ينبغي التواصل معه : السيد/ زابير فاليدا

معلومات البنك الذي يتعامل معه البائع

اسم البنك: بنك الصين الشرق الاوسط المحدود

العنوان: الطابق الحادي عشر، برج 2، الفاتان كرنسي هاوس، مركز دبي المالي العالمي، دبي الامارات العربية المتحدة

اسم الحساب: رويال اسيت مانجمنت

رقم الحساب: 100001700001601

رقم IBAN: AE586300100001700001601

رمز التحويل: BKCHAEAD

المشتري: مجموعة ام اتش ليبيا للإستثمار والخدمات

العنوان: بنغازي، البيادة ليبيا

رقم التلفون: 2180925108166

البريد الإلكتروني: sallah@mhlibya.com

وافق البائع على البيع في حين وافق المشتري على شراء الآتي:

السلع ذات الصلة بمعدات التمديدات الطبية و المواد الإستهلاكية و الخدمات المهنية على المواد المذكورة في هذا العقد.

وقد تم الإتفاق بين الاطراف على الآتي:

1.السلع والخدمات

| المبلغ الإجمالي (يورو) | سعر الوحدة (يورو) | الكمية | التفاصيل |
|---|---|---|---|
| 1,800,000.00 | 900,000.00 | 2 | جهاز تصوير الثدي ثلاثي الابعاد |
| 3,000,000.00 | 1500,000.00 | | جهاز الجراحة الآلي |

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic

P.O Box: 57551, Dubai U.A.E. Tel: 04 2507698 Fax: 04 2507699 Al Mamzar Centre-Dubai



Stowe for Legal Translation Services
ستــو لخـدمات التـرجمة القانـونية

Haneen Akram Abdelbari
Stowe Legal Translator
حنين أكرم عبد الباري
المترجم القانوني المحلف

| | | | |
|---|---|---|---|
| 2,600,000.00 | 1,300,000.00 | 2 | الرنين المغنطيسي |
| 3240,000.00 | 1,620,000.00 | 2 | ات كات |
| 100,000.00 | 50,000.00 | 2 | ة جهاز الاشعة |
| 120,000.00 | 40,000.00 | 3 | التصوير البانورامي للأسنان |
| 64,000.00 | 32,000.00 | 2 | ر مع بيبروغرافي |
| 125,000.00 | 500.00 | 250 | قياس نبضات القلب |
| 300,000.00 | 15,000.00 | 20 | الموجات فوق الصوتية |
| 525,000.00 | 35,000.00 | 15 | عد فحص الاسنان |
| 1,750,000.00 | 1,750,000.00 | 1 | اشعة اكس متحركة |
| 165,355.00 | 33,071.00 | 5 | ر ميكروسكوبي |
| 500,644.00 | 500,644.00 | 1 | فحص كريات الدم |
| 325,000.00 | 65,000.00 | 5 | الطرد المركزي |
| 40,000.00 | 10,000.00 | 4 | وق نقل المصل |
| 315,000.00 | 157,500.00 | 2 | الرحلان الكهربي |
| 60,000.00 | 30,000.00 | 2 | شامبر |
| 1,260,000.00 | 1,260,000.00 | 1 | التخدير |
| 795,354.00 | 265,118.00 | 3 | الرجفان |
| 54,000.00 | 18,000.00 | 3 | م الاكسجين |
| 1,128,453.00 | 376,151.00 | 3 | قياس الإشارات الحيوية |
| 923,543.00 | 923,543.00 | 1 | تنفس للبالغين |
| 6,000.00 | 40.00 | 150 | ات بلاستيكية ومعقم (مستهلكات) |
| 553,086.00 | | | ات مهنية |
| 19,750,435.00 | | | مالي الفرعي |
| 249,565.00 | | | ن |
| 20,000,000.00 | | | موع |

2 بلد المنشأ : دبي، الإمارات العربية المتحدة



Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic

P.O.Box: 57551, Dubai-U.A.E. Tel: 04-2507698, Fax: 04-2507699, Al Mamzar Centre-Dubai



Stowe for Legal Translation Services
ستـو لخـدمات التـرجـمة القـانونيـة

3. التعبئة

4. تاريخ الشحن: سيتم شحن جيع الإمدادات والمواد المستهلكة قبل 30 أبريل 2015، ومن ثم يجب على البائع إشعار المشتري عن طريق بريد إلكتروني مبيناً اسم الباخرة و بوليصة الشحن وزمن المغادرة، واليوم المقدر لها بالوصول 15 خمسة عشرة يوماً من تاريخ الشحن.

5. ميناء الشحنة: اي ميناء بحري في دبي

6. ميناء تفريغ الشحنة: اي ميناء بحري في ليبيا

7. شحنة جزئية: مسموح

8. شحن من باخرة الى اخرى: مسموح

9. طريقة الدفع:

يجب على المشتري فتح خطاب ائتمان غير قابل للإلغاء، لصالح البائع بقيمة 100% من الفاتورة. ويتم دفع 100% من الفاتورة مرفقاً بالمستندات الآتية.

تكون كل الرسوم المصرفية ماعدا فتح البنك؛على نفقة البائع.

تُسلم نسخة من استمارة خطاب الإعتماد للبائع قبل صدور الخطاب الفعلي.

المستندات المطلوبة للسداد 100%:

1. فاتورة تجارية موقعة وصادرة من البائع 5 اصل و 3 نسخ)

2. قائمة التعبئة الصادرة من البائع (3 اصل و 3 نسخ)

3. كل فواتير بوليصة الشحن معلمة بـ " أجرة الشحن المدفوعة مقدماً؛ واشعار البائع

4. شهادة الاصل صادرة من قبل البائع.

5. شهادة فحص صادرة من قبل المشتري تنص على ان البضاعة مطابقة للفاتورة المبدئية.

6. تصريح السفينة والذي يخولها الدخول للموانيء الليبية.

10. تكون كل تكاليف فتح الحساب المصرفي، على عاتق الطرف الذي سيقوم بفتح الحساب.

11. يتم قبول مستندات الطرف الثالث؛ ما عدا الفاتورة و المسودة.

12. يجب على المشتري توفير التأمين.

15. القوة القاهرة

إذا اخفق أيّاً من الطرفين ــ في غضون مدة الإتفاقية ــ عن اداء كامل إلتزاماته، او جزء منها، بموجب هذا العقد؛ وذلك بسبب الحرب، والعدائيات، والعمليات العكسرية، والإضطرابات المدنية، واعمال التخريب، وحوادث القضاء والقدرن والحريق، والفيضانات، والإضرابات. تبعاً لذلك، سيتم تأجيل تاريخ اداء الإلتزامات، الى حين إنتهاء الظرف القاهر.

لا تعد المهلة الزمنية، ذات الصلة بتسليم وتركيب جزء من البضاعة؛ بمثابة مهلة زمنية لتسليم وتركيب كافة البضاعة. إذا امتدت فترة هذا الإجراء، لاكثر من شهرين؛ حينها يحق لاي من الطرفين، رفض تأدية إلتزامات العقد، ويحق لكل طرف المطالبة بتعويض الاضرار.



Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic



Stowe for Legal Translation Services
ستو لخدمات التـرجمة القـانونيـة

Haneen Akram Abdelbari
Stowe Legal Translator
حنين أكرم عبد الباري
المتر جم القانوني المحلف

يجب على كل طرف، يخفق في اداء الإلتزاماته بموجب هذا العقد؛ ان يقوم بإبلاغ الطرف الآخر بهذا الإخفاق ، في غضون 15 يومًا من تاريخه.

إذا لم تتوفر البضاعة، لن تُعفى البائع من اداء إلتزاماته، بموجب هذا العقد.

16.التحكيم

يجب تسوية كافة النزاعات ـ ذات الصلة بهذا العقد ـ بطريقة ودية. وإذا تعذر ذلك، يجب إحالة النزاع الى التحكيم، بغرض البت فيه، وذلك وفقًا للوائح التحكيم. وستكون الجهة التحَكيمة هي: لجنة دبي الدولية للتحكيم التجاري والإقتصادي.

يخضع هذا العقد، لقوانين المملكة المتحدة. يجب إحالة النزاع ذو الصلة بهذا العقد، للتحكيم في لندن. يكون قرار المحكمة حيال هذا النزاع، نهائيًا وملزمًا. يتحمل الطرف الخاسر في هذا النزاع، كافة مصاريف التحكيم، او بحسب ما تقرره المحكمة.

17.الصلاحية

يكون هذا العقد ساري المفعول، بمجرد التوقيع عليه من قبل الاشخاص المفوضين من البائع والمشتري. تكون نسخة الفاكس، او النسخة الممسوحة، بمثابة نسخة اصلية.

18.التعديلات

تكون كافة التعديلات التي تطرأ على هذا العقد، سارية المفعول، عند التوقيع والختم عليها، من قبل اطراف هذا العقد.

المفوض بالتوقيع من طرف البائع: [يوجد توقيع]

يوجد ختم]

الاسم: زبير فاليدا

الوظيفة: مدير تنفيذي                                  التاريخ: 2015/1/31

المفوض بالتوقيع من طرف المشتري: [يوجد توقيع]

[يوجد ختم]

الاسم: ديفيد انتوتي ليفيك

الوظيفة: كبير ضباط العمليات                        التاريخ: 2015/30/01

ملاحظة: "هذا المستند غير معد للتصديق من قبل وزارة العدل بدولة الإمارات العربية المتحدة مالم يتم تصديقه حسب الأصول من الجهات المختصة."

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic

Contract No:RAM/MH/78629      Dated 28th January 2015

## PURCHASE-SALE CONTRACT

The Seller      : **Royal Asset Management**

Address      : Suite 1303 Nassima Tower, Sheikh Zayed Road, Dubai UAE

Tel      : +971 4 386 2433

Contact      : Mr Zabir Vadia

Seller Banking Information:

Bank Name      : Bank of China Middle East Limited

Address      : Level 11, Tower 2, Al Fattan Currency House, DIFC Dubai UAE

Account name      : Royal Asset Management

Bank Account No      : 100001700001601

IBAN No.      : AE58 6300 10000 17 0000 1601

SWIFT CODE      : BKCHAEAD

The Buyer      : **MH LIBYA GROUP COMPANY FOR INVESTMENT AND SERVICES**

Address      : ELBIDA , LIBYA

Tel      : 218 0925 108 166

Email      : sallah@mhlibya.com

Whereas the Seller has agreed to sell and the Buyer has agreed to buy the following items relating to medical equipment supplies, consumables and professional services on the terms and conditions hereinafter mentioned.

Now it is hereby mutually agreed and declared by and between the parties hereto as follows:

Seller Initial   MZV.



Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic

Contract No: RAM/MH/78629       Dated 28th January 2015

### 1-Goods & Services

| Description | Qty | Unit Price | Total |
|---|---|---|---|
| 3D MAMMOGRAPHY MACHINE | 2 | $900,000.00 | $1,800,000.00 |
| ROBOTIC SURGICAL MACHINE | 2 | $1,500,000.00 | $3,000,000.00 |
| MAGNETIC RESONANCE IMAGING (MRI) | 2 | $1,300,000.00 | $2,600,000.00 |
| CAT SCANNERS | 2 | $1,620,000.00 | $3,240,000.00 |
| FLUOROSCOPY TABLE | 2 | $50,000.00 | $100,000.00 |
| PANORAMIC DENTAL | 3 | $40,000.00 | $120,000.00 |
| CR WITH REPROGRAPHY | 2 | $32,000.00 | $64,000.00 |
| HOLTER HEART MONTORS | 250 | $500.00 | $125,000.00 |
| ECHO GRAPHY ULTRASOUND | 20 | $15,000.00 | $300,000.00 |
| DENTAL CHAIRS | 15 | $35,000.00 | $525,000.00 |
| MOBILE X-RAY UNIT | 1 | $1,750,000.00 | $1,750,000.00 |
| BINOCULAR MICROSCOPE | 5 | $33,071.00 | $165,355.00 |
| BLOOD CELL COUNTER ELECTRIC | 1 | $500,644.00 | $500,644.00 |
| CENTRIFUGE | 5 | $65,000.00 | $325,000.00 |
| VACCINE TRANSPORT BOX | 4 | $10,000.00 | $40,000.00 |
| ELECTROPHORESIS APPARATUS | 2 | $157,500.00 | $315,000.00 |
| NEUBERHAMBER | 2 | $30,000.00 | $60,000.00 |
| ANAESTHETIC MACHINE | 1 | $1,260,000.00 | $1,260,000.00 |
| DEFIBRILLATOR | 3 | $265,118.00 | $795,354.00 |
| OXYGEN REGULATOR | 3 | $18,000.00 | $54,000.00 |
| VITAL SIGNS MONITOR | 3 | $376,151.00 | $1,128,453.00 |
| ADULT VENTILATOR | 1 | $923,543.00 | $923,543.00 |
| PLASTIC GLOVES & SANITIZER (CONSUMABLES) | 150 | $40.00 | $6,000.00 |
| **Professional Services** | | | $553,086.00 |
| | | SUB TOTAL | $19,750,435.00 |
| | | FREIGHT | $249,565.00 |
| | | TOTAL | $20,000,000.00 |

**2-Country of Origin**: Dubai UAE

**3-Packing:**   20ft containers

**4-Time of Shipment**: The entire quantity of medical equipment supplies, and consumables should be shipped before 30th April, 2015. After shipping the goods, Seller should notify the Buyer by email the vessel's name, bill of lading, time of

Seller Initial   MZK

Buyer Initial

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic - English - Arabic
LEGAL TRANSLATION SERVICES

Contract No: RAM/MH/78629          Dated 28th January 2015

departure and estimated arrival day within 15 banking days after shipment.

**5-Port of Shipment**        : Any sea port UAE

**6-Port of Discharge**       : Benghazi OR Tobruk Sea port Libya

**7-Partial Shipment**        : Allowed

**8-Transshipment**           : Allowed

**9-Mode of Payment:**

**The Buyer should open an irrevocable Confirmed Letter of Credit at sight to the
Seller for 100% of invoice value. 100% of invoice value shall be paid upon
presentation of the following documents.**

All banking charges outside opening bank are for account of the Seller.
**A copy of LC application shall be submitted to Seller for approval before the actual
LC is issued.**

**DOCUMENTS REQUIRED FOR 100% payment**

1- Signed Commercial Invoice issued by Seller in 5 originals and 3 copies.

2-Packing List issued by Seller in 3 original and 3 copies

3-Full set shipping on board Bills of Lading made out to order, marked "freight

prepaid", blank endorsed and notify buyer

4- Certificate of Origin issued by Seller.

5- Inspection certificate issued by buyer that goods are as per pro forma invoice

6- Shipping declaration that vessel is allowed to enter Libyan ports


10- All opening bank costs are to opener's account

11- Third party documents except invoice and draft are acceptable

12- Insurance shall be arranged by the Buyer.

**15- Force Majeure**

If at any time during the existence of this contract either party is unable to perform

whole or in party any obligation under this contract because of war, hostility,

military operation of any character, civil commotions, sabotage quarantine

Seller Initial  ML ✓                Buyer Initial

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic  English  Arabic
LEGAL TRANSLATION SERVICES

Contract No:RAM/MH/78629          Dated 28th January 2015

restriction, act of God, fire, floods, strikes, then the date of fulfillment of any obligation shall be postponed during the time when such circumstances are operative.

Any waiver/extension of time is respect of the delivery of any installment or part of the goods shall not be deemed to be waiver/extension of time in respect of the remaining deliveries. If operation of such circumstances exceeds two months, either party will be the right to refuse further performance of the contract in which case neither Party shall have the right to claim eventual damages.

The party which is unable to fulfill its obligations under the present contract must within 15 days of occurrence of any of the causes mentioned in this clause wall inform the other party of the assistance of the circumstances preventing the performance of the contract.

Certificate issued by Chamber of Commerce or any other competent authority connected with the cause in the country of the Seller or the Buyer shall be sufficient proof of the existence of the above circumstances and their duration.
Non-availability of goods will not be excuse to the seller for not performing their obligations under this contract.

**16-Arbitration**

All disputes in connection with this contract or the execution hereof shall be amicably settled through negotiation. If no settlement can be reached, the case in dispute shall then be submitted to and finally resolved by arbitration in accordance with the unicitral arbitration rules at present in force. The appointing authority shall be Dubai international economic and trade arbitration commission. The governing

law of this contract shall be United Kingdom law. The case of dispute shall be submitted to the place of arbitration in London The decision made by the court shall be accepted as final and binding upon both parties. All the expenses incurred by such arbitration shall be borne by the losing party unless otherwise awarded by

Seller Initial  ~~M2~~          Buyer Initial:

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic, English - Arabic
LEGAL TRANSLATION SERVICES

Contract No:RAM/MH/78629          Dated 28th January 2015

the court.

### 17-Validation

The contract shall become valid as and when signed by duly authorized representatives of both the Seller and the Buyer. The fax or scan copy have the same force as the original.

### 18. Amendments

Any amendments to the contract will only come into force when signed and stamped by both the parties to this contract.

The Seller:

Authorized Signature:

Name: Zabir Vadia

Title: CFO          Date: 31/2/2015

The Buyer:

Authorized Signature:

Name: David Anthony Le-veque

Title: COO          Date: 01-30-

Seller Initial  MZ✓          Buyer Initial

Haneen Abdul Bari
Certified Legal Translator Approved by
Ministry of Justice
Arabic English Arabic

# مـسـتـنـد

# (4)



| Mob. | : +971 50 2737415 |
| Tel | : +971 4 26 11 300 |
| Fax | : +971 4 26 11 299 |
| P.O.Box | : 90625 Dubai - UAE |
| E-mail | : info@palmyra-trans.com |
| E-mail | : Palmyra.legal.tra@gmail.com |

**PALMYRA LEGAL TRANSLATION SERVICES**
بالميــرا لخـدمـات الـترجـمة الـقـانـونـيـة

موبايل : ١٥ ٧٤ ٢٧٣ ٥٠ ٩٧١+
هاتـف : ٣٠٠ ١١ ٢٦ ٤ ٩٧١+
فاكـس : ٢٩٩ ١١ ٢٦ ٤ ٩٧١+
ص.ب : ٩٠٦٢٥-دبـي-ا.ع.م
info@palmyra-trans.com : ايميـل
Palmyra.legal.tra@gmail.com : ايميـل

| الرقم التعريفي للصفحة: ١٢٢ | صفحة ٦ من ٢٣ | تاريخ رقم القضية: ٢٠١٩/٠٧/٢٢م | رقم الوثيقة: ١-١٨ | رقم القضية: 2:19-cv-02782-SVW-JPR |
| ١ | رقم الطباعة لدى الإدارة: ٠١٨٢٢٨-٦١٢٢ | ٢٠١٥/٠٢/١٢م، الساعة: ١٤:٣٠:٤٤ | | التاريخ: ٢٠١٥/٠٢/١٢م، الساعة: ١٤:٣٠:٤٤ |

------------- نوع وإرسال الطلب -------------------

إشعار (إرسال) النسخة الأصلية المرسلة لسويفت (الإقرار بالاستلام)
حالة التسليم باستخدام الشبكة. معرّف في الشبكة
الأولوية/التسليم: عادي
الرقم المرجعي لمدخلات الرسالة: 1424 150212WAHBLYLXAXXX6551180130
------------- عنوان الرسالة -------------------

مدخلات السويفت: الاعتماد المستندي نموذج سويفت (FIN 700)
المرسل: WAHBLYLXXXX
مصرف الوحدة
(المقر الرئيسي)
بنغازي
المستلم: ABINAEAAXXX
المصرف العربي للاستثمار والتجارة الخارجية
(المقر الرئيسي)
أبوظبي، الإمارات العربية المتحدة

------------- نص الرسالة -------------------

٢٧: تسلسل الإجمالي
١/١
٤٠"م": نموذج الاعتماد المستندي
غير قابل للتنازل عنه
٢٠: رقم الاعتماد المستندي
98L/C450001
٣١"ج": تاريخ الإصدار
١٥/٠٢/٠٩
٤٠"م": القواعد المعمول بها
أحدث إصدار من الأعراف والممارسات الموحدة للاعتمادات المستندية
٣١"د": تاريخ ومحل انتهاء السريان
١٥/٠٥/٠١، أبوظبي
٥١"د": اسم وعنوان البنك "مقدم الطلب"
مصرف الوحدة، فرع البيضاء
٥٠: مقدم الطلب
مجموعة شركات ليبيا للاستثمار والخدمات، البيضاء
ليبيا
٥٩: اسم وعنوان المستفيد
رويال آسيت مانجمنت، جناح رقم ١٣٠٣
برج نسيمة، شارع الشيخ زايد
دبي، الهاتف: ٤٣٨٦٢٤٣٣ ٩٧١+
٣٢"ب": كود ومبلغ العملة
العملة: الدولار (دولار أمريكي)
المبلغ: ٢٠,٠٠٠,٠٠٠.٠٠
٣٩"ب": الحد الأقصى لمبلغ الاعتماد
لا يتم تجاوزه
٤١"م": متاح مع ...... بواسطة ......، الرمز المعرف للمصرف
ABINAEAAXXX
المصرف العربي للاستثمار والتجارة الخارجية
(المقر الرئيسي)
أبو ظبي، الإمارات العربية المتحدة
عن طريق السداد
٤٣"س": الشحنات الجزئية
مسموح

لا يتم تقديم هذه المستند إلى قسم التصديق بوزارة العدل لدولة الإمارات العربية المتحدة
This document shall not be Submitted to the Attestation Department of UAE Ministry of Justice.
Office No. 111 Dubai Deira, Al Khaleej Building

12/02/15-14:30:44              PrintToMngment-6122-018268               1

```
----------------- Instance Type and Transmission -----------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status   : Network Ack
Priority/Delivery  : Normal
Message Input Reference          : 1424 150212WAHBLYLXAXXX8551180130
                   ------------------ Message Header ------------------
Swift Input                      : FIN 700 Issue of a Documentary Credit
Sender  : WAHBLYLXXXX
    WAHDA BANK
    (HEAD OFFICE)
    BENGHAZI LY
Receiver : ABINAEAAXXX
    ARAB BANK FOR INVESTMENT AND FOREIGN TRADE
    (HEAD OFFICE)
    ABU DHABI AE
                   ------------------ Message Text ------------------
27: Sequence of Total
    1/1
40A: Form of Documentary Credit
    IRREVOCABLE
20: Documentary Credit Number
    98L/C460001
31C: Date of Issue
    150209
40E: Applicable Rules
    UCP LATEST VERSION
31D: Date and Place of Expiry
    150501 ABU DHABI
51D: Applicant Bank - Name & Address
    WAHDA BANK ALBYDA  BR
50: Applicant
    MH LIBYA GROUP COMPANY FOR
    INVESTMENT AND SERVICES ELBIDA
    LIBYA
59: Beneficiary - Name & Address
    ROYAL ASSET MANAGEMENT SUITE 1303,
    NASSIMA TOWER, SHEIKH ZAYED ROAD.
    DUBAI,TEL +97143862433
32B: Currency Code, Amount
    Currency   : USD (US DOLLAR)
    Amount     :      #20,000,000.00#
39B: Maximum Credit Amount
    NOT EXCEEDING
41A: Available With...By... - FI BIC
    ABINAEAAXXX
    ARAB BANK FOR INVESTMENT AND FOREIGN TRADE
    (HEAD OFFICE)
    ABU DHABI  AE
    BY PAYMENT
43P: Partial Shipments
    ALLOWED
43T: Transshipment
    ALLOWED
44E: Port of Loading/Airport of Dep.
    ANY UAE SEA PORT
44F: Port of Dischrge/Airport of Dest
    BENGHAZI OR TOBRUK SEA PORT
44C: Latest Date of Shipment
```



Ex 1/6



Mob.      : +971 50 2737415
Tel       : +971 4 26 11 300
Fax       : +971 4 26 11 299
P.O.Box  : 90625 Dubai - UAE
E-mail    : info@palmyra-trans.com
E-mail    : Palmyra.legal.tra@gmail.com

PALMYRA LEGAL TRANSLATION SERVICES
بالميـرا لخـدمـات الترجمة القانونية

متحرك : ١٥ ٧٤ ٢٧٣ ٥٠ ٩٧١+
هاتف : ٣٠٠ ١١ ٢٦ ٤ ٩٧١+
فاكس : ٢٩٩ ١١ ٢٦ ٤ ٩٧١+
صب : ٩٠٦٢٥-دبي-إ.ع.م
info@palmyra-trans.com
Palmyra.legal.tra@gmail.com : إيميل

٤٣"ق": نقل البضائع من سفينة إلى أخرى

مسموح

٤٤"هـ": ميناء التحميل/مطار المغادرة

أي ميناء بحري بدولة الإمارات العربية المتحدة

٤٤"و": ميناء التفريغ/مطار الوصول

الميناء البحري بمدينة بنغازي أو مدينة طبرق

٤٤"ج": آخر تاريخ شحن

١٥/٠٤/٠٧

EX 1/6

| رقم القضية: 2:19-cv- | رقم الوثيقة: | تاريخ رفع القضية: | صفحة ٧ | الرقم التعريفي |
|---|---|---|---|---|
| 02782-SVW-JPR | ١٠١٨ | ٢٠١٩/٠٧/٢٢م | من ٢٣ | للصفحة: ١٢٣ |
| التاريخ: ٢٠١٥/٠٢/١٢م، الساعة: | | رقم الطباعة لدى الإدارة: ٦١٢٢- | | ١ |
| ١٤:٣٠:٤٤ | | ٠١٨٢٦٨ | | |

٤٥"أ": وصف البضائع أو الخدمات

المعـدات الطبيـة والمستلزمـات والمـواد الاستهلاكية والخـدمـات المهنيـة وفقـاً للفـاتورة المبدئيـة رقـم: ١٣٧٢٧؛ والصادرة بتاريخ ٢٠١٥/٠١/٢٦م؛ التكلفة والشحن: ميناء بنغازي أو ميناء طبرق.

٤٦"أ": الوثائق اللازمة

١.  مجموعـة كاملـة مـن بـوالص شـحن بضـاعة سـليمة علـى ظهـر السـفينة وفقـاً لأمـر مصـرف الوحـدة، حيـث أخطـر فـرع البيضـاء بمدينـة بنغـازي المشـترين بـذلك موضـحاً وزن البضـائع التـي تـم تحديـدها للشـحن والمـدفوع قيمته مقدماً وبدون الإشارة إلى التكاليف الإضافية لذلك

٢.  الفـاتورة التجاريـة الأصـلية التـي تـم إصـدار خمـس نسـخ منهـا باسـم المشـتري، حيـث لـم تتجـاوز قيمتهـا مبلـغ خطـاب الاعتمـاد الموقـع عليـه قانونـاً وحسـب الأصـول والمعتمـد مـن المسـتفيدين الـذين تفـي بضـائعهم التـي تـم تعبئتها وتعليفها وعلاماتها بالشروط والأحكام المنصوص عليها في خطاب الاعتماد

٣.  الإقـرار الـذي تـم إصـدار ثـلاث نسـخ منـه وتوقيـع شـركة الشـحن عليـه قانونـاً وحسـب الأصـول؛ بالإضـافة إلـى بوليصة الشحن نفسها أو الإقرار المنفصل الذي يؤكد على السماح للسفينة بدخول الموانئ الليبية

٤.  شـهادة المنشـأ والتـي تـم إصـدار نسـختين منهـا، حيـث تحـدد أن البضـائع التـي تـم تصـديرها هـي بضـائع إماراتية المنشأ وحيث يجب توثيق شهادة المنشأ من غرفة التجارة في الدولة المصدرة

٥.  قائمة التعبئة والتغليف الخاصة بالمستفيد من ثلاث (٣) نسخ أصلية

٦.  شـهادة الفحـص التـي أصـدرتها مجموعـة شـركات ليبيـا للاستثمار والخـدمات؛ والتـي يـتم فيهـا التوضـيح بتصدير البضائع وفقاً للفاتورة المبدئية رقم ١٣٧٢٧؛ والصادرة بتاريخ ٢٠١٦/١٠/٠٢م.

لا يتم تقديم هذا المستند إلى قسم المصادقات بوزارة العدل لدولة الإمارات العربية المتحدة
This document shall not be Submitted to the Attestation Department of UAE Ministry of Justice

Office No. 111, Dubai Deira, Al Khaima Building



| | | |
|---|---|---|
| Mob. | : +971 50 2737415 | متحرك : ١٥ ٧٤ ٢٧٢ ٥٠ ٩٧١+ |
| Tel | : +971 4 26 11 300 | هاتف : ٣٠٠ ١١ ٢٦ ٤ ٩٧١+ |
| Fax | : +971 4 26 11 299 | فاكس : ٢٩٩ ١١ ٢٦ ٤ ٩٧١+ |
| P.O.Box | : 90625 Dubai - UAE | ص.ب : ٩٠٦٢٥-دبي-إ.ع.م |
| E-mail | : info@palmyra-trans.com | info@palmyra-trans.com : إيميل |
| E-mail | : Palmyra legal tra@gmail.com | Palmyra.legal.tra@gmail.com : إيميل |

**PALMYRA LEGAL TRANSLATION SERVICES**
**بالميـرا لخصمـاتـ الترجمة القانونية**

٤٧"أ": الشروط الإضافية

١. تُسدد جميع عمولاتكم على حساب المستفيد الخاص؛ ما لم يتم ذكر خلاف ذلك صراحةً حيث يخضع هذا الاعتماد إلى الأعراف والممارسات الموحدة للاعتمادات المستندبة (والتي تم تنقيحها في عام ٢٠٠٧م)؛ والتي أصدرتها غرفة التجارة الدولية

٢. لا يتم تطبيق المادة رقم "٣٧ج" من الأعراف والممارسات الموحدة للاعتمادات المستندية على خطاب الاعتماد هذا

٣. يمكنكم إخطار مصرف الوحدة عن طريق السويفت في غضون (٧) أيام عمل قبل الخصم من حسابكم المفتوح في المقر الرئيسي للمصرف في مدينة بنغازي.

٤. التأمين الذي ينفذه المشترون.

٥. يجب إرسال جميع الوثائق إلى فرع البيضاء عن طريق البريد الخاص.

٧١"ب": الرسوم

يتم سداد جميع الرسوم الخاصة بكم على حساب المستفيدين الخاص

٤٨: الفترة الزمنية للتقديم

في غضون فترة سريان الاعتماد

٤٩: تعليمات التأكيد

تم التأكيد عليها

٧٨: التعليمات الخاصة بالبنك الذي يدفع قيمة خطاب الاعتماد

المستندي ويقبلها ويتفاوض بشأنها

يتم تخويلكم بالحسم من حسابكم المفتوح في مقابل الالتزام بالتقديم وفقاً للشروط والأحكام المنصوص عليها بموجب السويفت، والمتعلقة بالعمليات المصرفية الدولية مع توضيح المبلغ والقيمة في غضون سبعة أيام عمل

يجب تنفيذ السداد عن طريق حساب نسبة تجاوز الحد الائتماني "100PCT" بموجب الوثائق المطلوبة.

٥٧"د": "الإخطار عن طريق" اسم وعنوان المصرف

بنك الصين الشرق الأوسط دبي

٧٢: معلومات المرسل المرسلة إلى المرسل إليه

يُرجى إخطار المستفيدين بما يلي:

إضافة تأكيدكم وإرسال الوثائق إلى مصرف الوحدة، فرع البيضاء

EX 1/7



لا يتم تقديم هذا المستند إلى قسم التصديقات بوزارة العدل لدولة الإمارات العربية المتحدة
This document shall not be Submitted to the Attestation Department of UAE Ministry of Justice.

Office No. 111, Dubai Deira, Al Khaima Building

12/02/16-14:20:44                    PrintToMagment-0123-016206                                    2

160407
48A: Description of Goods /Nor Services
    MEDICAL EQUIPMENT, SUPPLIES, CONSUMABLES AND PROFESSIONAL
    SERVICES AS PER PRO FORMA INV. 13727 DD 26/01/2016 CFR BENGHAZI
    OR TOBRUK
46A: Documents Required
    1.- F ULL SET CLEAN ON BOARD BILLS OF LADING TO ORDER WANDA
    BANK
    AL SYDA BRANCH BENGHAZI  NOTIFY BUYERS ,SHOWING GOODS WEIGHT
    MARKED FREIGHT PREPAID AND WITHOUT REFERENCE TO ADDITIONAL COSTS
    3- ORIGINAL COMMERCIAL INVOICE IN-QUINTPLICATE COPIES IN THE
    NAME OF THE BUYER  NOT EXCEEDING  L/C AMOUNT DULY SIGNED AND
    CERTIFIED BY BENEFICIARIES THAT GOODS PACKING AND MARKS ARE
    IN ACCORDANCE WITH L/C TERMS  AND CONDITIONS.
    3-DECLARATION IN TRIPLICATE DULY SIGNED BY  THE SHIPPING COMPANY
    ON THE B/L ITSELF OR A SEPARATED  DECLARATION STATING THAT THE
    VESSEL IS ALLOWED TO INTER LIBYAN PORTS
    4-CERTIFICATE OF ORIGIN IN DUPLICATE  SHOULD STATE THAT THE GOODS
    BEING EXPORTED ARE OF UAE ORIGIN
    THE CERTIFICATE OF ORIGIN SHOULD BE  AUTHENTICATED BY THE
    CHAMBER OF COMMERCE IN THE EXPORTING COUNTRY
    5-BENEFICIARY PACKING LIST IN 3 ORIGINAL
    6-INSPECTION  CERTIFICATE ISSUED BY B H LIBYA GROUP STATING
    THAT THE GOODS IS EXPORTED AS PER PROFORMA INVICE NO 13727 DTD
    2/10/2016
47A: Additional Conditions
    1-ALL YOUR COMMISSIONS ARE AT YOUR BENEFICIARY ACCOUNT SO FAR
    OTHERWISE EXPRESSLY STATED THIS CREDIT SUBJECT TO UNIFORM
    CUSTOMS AND PRACTICE FOR DOCUMENTRY CREDIT (2007REVISION) BY
    THE INTERNATIONAL CHAMBER OF  COMMERCE.
    2-THE ARTICLE 37C OF UCP 600 IS NOT APPLICABLE TO THIS L/C .
    3-YOU WOULD ADVISE WAHDA BANK BY SWIFT BEFORE (  7  )WORKINGDAYS
    OF DEBITING OUR BENGHAZI HEAD OFFICE ACCOUNT HELD WITH  YOU
    4-INSURANCE EFFECTED BY BUYERS
    5-ALL DOCUMENTS SHOULD BE SENT BY SPECIAL COURIER TO AL SYDA
    BRANCH
71B: Charges
    ALL YOUR CHARGES ARE AT
    BENEFICIARY'S ACCOUNT.
48: Period for Presentation
    WITHIN CREDIT VALIDITY
49: Confirmation Instructions
    CONFIRM
78: Instr to Payg/Accptg/Negotg Bank
    YOU ARE AUTHORIZED TO DEBIT OUR ACCOUNT HELD WITH YOU AGAINST THE
    COMPLYING PRESENTATION AS PER L/C TERMS AND CONDITIONS UNDER
    SWIFT TO INTERNATIONAL  BANKING OPERATION INDICATING THE AMOUNT
    AND VALUE SEVEN WORKING DAYS
    PAYMENT SHOULD BE 100PCT AGAINST REQUIRED DOCUMENTS .
57D: 'Advise Through' Bank -Name&Addr
    BANK OF CHINA MIDDLE EAST DUBAI
72: Sender to Receiver Information
    PLEASE ADVISE BENEFICIARIES WITH
    ADDING YOUR CONFIRMATION  AND SEND
    DOCUMENTS TO WAHDA BANK ALSYDA
    BRANCH

Ex 1/7





| Mob. | : +971 50 2737415 |
|---|---|
| Tel | : +971 4 26 11 300 |
| Fax | : +971 4 26 11 299 |
| P.O.Box | : 90625 Dubai - UAE |
| E-mail | : info@palmyra-trans.com |
| E-mail | : Palmyra.legal.tra@gmail.com |

**PALMYRA LEGAL TRANSLATION SERVICES**
بالميـرا لخـدمـات الترجمـة القـانونيـة

متحراك : ١٥ ٧٤ ٢٧٢ ٥٠ ٩٧١+
كاتبـه : ٣٠٠ ١١ ٢٦ ٤ ٩٧١+
فاكس : ٢٩٩ ١١ ٢٦ ٤ ٩٧١+
ص.ب : ٩٠٦٢٥ - دبـي - إ.ع.م
info@palmyra-trans.com : ايميـل
Palmyra.legal.tra@gmail.com : ايميـل

---

| رقم القضية: 2:19-cv-02782-SVW-JPR | رقم الوثيقة: ١-١٨ | تاريخ رقم القضية: ٢٠١٩/٠٧/٢٢م | صفحة ٨ من ٢٣ | الرقم التعريفي للصفحة: ١٢٤ |
|---|---|---|---|---|

| التاريخ: ٢٠١٥/٠٤/٠٩م، الساعة ٤٢:٥١ ١٣ | رقم الطباعة لدى الإدارة: ٠٣١٤٨١-٣١١٥ | ١ |
|---|---|---|

----------------- نوع وإرسال الطلب -----------------

إشعار (إرسال) النسخة الأصلية المرسلة لسويفت (الإقرار بالاستلام)

حالة التسليم باستخدام الشبكة: معرّف في الشبكة

الأولوية/التسليم: عادي

الرقم المرجعي لمدخلات الرسالة: 1344 150409UAHBL YLXAXXX6604180754

----------------- عنوان الرسالة -----------------

مدخلات السويفت: الاعتماد المستندي نموذج سويفت (FIN 752) للدفع والقبول والتفاوض

المرسل: WAHBLYLXXXX

مصرف الوحدة

(المقر الرئيسي)

بنغازي ليبيا

المستلم: ABINAEAAXXX

المصرف العربي للاستثمار والتجارة الخارجية

(المقر الرئيسي)

أبوظبي، الإمارات العربية المتحدة

----------------- نص الرسالة -----------------

٢٠. رقم الاعتماد المستندي

78L/C450801

٢١. تقديم المرجع المصرفي

ELC99-1500379

٢٣. رموز التعريف الأخرى

DCBIT

٣٠. تاريخ الإخطار بالتناقضات أو برسالة بريدية

٢٠١٥/٠٤/٠٥م

٣٢أ. إجمالي المبلغ المخطر به

العملة: دولار (الدولار الأمريكي)

المبلغ: ١٢٠،٠٠٠،٠٠٠.٠٠

٣٣ب" صافي المبلغ

التاريخ: ١٦ إبريل ٢٠١٥م

العملة: دولار (الدولار الأمريكي)

المبلغ: ١٢٠،٠٠٠،٠٠٠.٠٠

٧٢: معلومات المرسل المرسلة الى المرسل إليه

يتم التحويل بالسداد عن طريق حساب نسبة تجاوز الحد الائتمالي "100PCT" والمتعلقة بقيمة خطاب الاعتماد
تاريخ قبول مقدم الطلب للتناقضات: ٢٠١٥/٠٤/١٦

----------------- عرض مختصر للرسالة -----------------

٢٠. رقم خطاب الاعتماد: 33CI9206A9D6

التوقيع: MAC وما يعادله

----------------- التدخلات -----------------

الفئة: تقرير الموظف

تاريخ ووقت الإصدار: ٢٠١٥/٠٤/٠٩م، الساعة: ٢٧:٥١ ١٣

الطلب: واجهة السويفت

النشغل: التام

لا يجوز تقديم هذا المستند إلى قسم التصديقات بوزارة العدل لدولة الإمارات العربية المتحدة
This document shall not be Submitted to the Attestation Department of UAE Ministry of Justice

Office No. 111, Dubai Deira, Al Khaima Building

09/04/15-13:51:42                              TestLocalAck2-3415-031481                              1

```
------------------- Instance Type and Transmission -------------------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status    : Network Ack
Priority/Delivery  : Normal
Message Input Reference    : 1349 150409UAHBLYLXAXXX6604180754
------------------- Message Header -------------------
Swift Input                           : FIN 752 Auth to Pay. Accept. Negotiate
Sender   : UAHBLYLXXXX
           UAHDA BANK
           (HEAD OFFICE)
           BENGHAZI LY
Receiver : ABIHAEAAXXX
           ARAB BANK FOR INVESTMENT AND FOREIGN TRADE
           (HEAD OFFICE)
           ABU DHABI AE
------------------- Message Text -------------------
20: Documentary Credit Number
    791/C40001
21: Presenting Bank's Reference
    ILC99-1500079
23: Further Identification
    DEBIT
30: Dt of Adv of Discrepancy or Mail
    150405
32B: Total Amount Advised
    Currency   : USD (US DOLLAR)
    Amount     ;.         $20,000,000.00%
33A: Net Amount
    Date       : 16 April 2015
    Currency   : USD (US DOLLAR)
    Amount     :         $20,000,000.00%
72: Sender to Receiver Information
    TO BE AUTLIZED 100PCT OF L/C VALUE
    DTD 150416 OF DISCREPANCIES HAS
    ACCEPTED APPLICANT
------------------- Message Trailer -------------------
<CHK: 33C19206A9D6>
PKI Signature: MAC-Equivalent
------------------- Interventions -------------------
Category      Network Report
Creation Time : 09/04/15 13:51:27
Application : SWIFT InterFace
Operator    : SYSTEM
Text
{1:F21UAHBLYLXAXXX6604180754)(4:{177:1504091344}{451:0}}
xEnd of Message
```

Ex 1/8





| | | |
|---|---|---|
| Mob. : +971 50 2737415 | | مـتـحـرك : +٩٧١ ٥٠ ٢٧٣٧ ٤١٥ |
| Tel : +971 4 26 11 300 | | هـاتـف : +٩٧١ ٤ ٢٦ ١١ ٣٠٠ |
| Fax : +971 4 26 11 299 | **PALMYRA LEGAL TRANSLATION SERVICES** | فـاكـس : +٩٧١ ٤ ٢٦ ١١ ٢٩٩ |
| P.O.Box : 90625 Dubai - UAE | بـالـمـيـرا لـخـدمـات الـتـرجـمـة الـقـانـونـيـة | ص.ب : ٩٠٦٢٥ – دبـي – أ.ع.م |
| E-mail : info@palmyra-trans.com | | info@palmyra-trans.com : ايـمـيـل |
| E-mail : Palmyra.legal.tra@gmail.com | | Palmyra.legal.tra@gmail.com : ايـمـيـل |

<div dir="rtl">

F21UAHBLYLXAXXX6604150754714729·1177·150409134432451 0>>

نهاية الرسالة

EX 1/8

| | | | |
|---|---|---|---|
| **رقم القضية: 2:19-cv-02782-SVW-JPR** | **رقم الوثيقة: ١٨-١** | **تاريخ رفع القضية: ٢٠١٩/٠٧/٢٢م** | **صفحة ٩ من ٢٣** | **الرقم التعريفي للصفحة: ١٢٥** |

BP5136215000023 صفحة ١ من ١

لسويفت الوارد من شركة بكسيميلس

نوع الرسالة: MT799
الرمز المعرف للمصرف المرسل: ABINAEAAXXX
المصرف العربي للاستثمار والتجارة الخارجية؛ أبوظبي (المقر الرئيسي)

الرمز المعرف للمصرف المرسل إليه: BKCHAEADXXX
بنك الصين الشرق الأوسط دبي

اسم المستخدم: ١٢٥٨٣٧٧ ٠
عدد مرات الطباعة: ١
تاريخ الطباعة: ٢٠١٥/٠٤/١٦م، الرمز المعرف: 150416ABINAEAAAXXX9821789304

٢٠: [الرقم المرجمي للمعاملة]
ELC99-1500379
٢١: [الرقم المرجمي ذي الصلة]
BP5136215000023
٧٩: [الوصف]

إلحاقاً للرسالة MT799 والصادرة بتاريخ ٢٠١٥/٠٤/٠٤م يُرجى العلم بقبول البنك الفاتح للاعتماد للوثائق؛ والتي تصل قيمتها إلى مبلغ وقدره ٢٠٠٠٠٠٠٠ دولاراً أمريكياً مع التحويل بالسداد.

رغبما يتعلق بالتسوية؛ أصدرنا تعليماتنا إلى بنك نيويورك إلى بنك نيويورك بولاية نيويورك لإيداع مبلغ وقدره ١٩٬٧٥٨٬٣٥٠ دولاراً أمريكياً بتاريخ ١٦ ٢٠١٥/٠٤/م، في حسابكم المفتوح في المقر الرئيسي للبنك بولاية نيويورك (BKCHUS33).

يتم خصم الرسوم الخاصة بنا على النحو التالي:
٢٠٠٠٠٠ دولاراً أمريكياً: عمولة تأكيد
١٥٠ دولاراً أمريكياً: عمولة خطار
١٠٠ دولاراً أمريكياً: رسوم تعديل
٤٥٠ دولاراً أمريكياً: عمولة سداد
٤٠٠٠٠ دولاراً أمريكياً: عمولة تفاوض
٢٠٠ دولاراً أمريكياً: رسوم بريد/سويفت
٣٥٠ دولاراً أمريكياً: رسوم تفريغ
٥٠٠ دولاراً أمريكياً: رسوم مناولة

**وتفضلوا بقبول فائق الاحترام والتقدير،**
**المصرف**
T.F.D
-} {5: {CHK:D1025AE39C55}}

EX 1/9

</div>



This document shall not be submitted to the Attestation Department
Office No. 111, Dubai Deira, Al Khaima Building

BP5136215000023 Page: 1/1

Eximbills Enterpriste Incoming Swift
=================================================

Message Type:MT799
Send Bank:ABINAEAAXXX
ARAB BANK FOR INVESTMENT AND FOREIGN TRADE ABU DHABI (HEAD OFFICE)

Recv Bank:BKCHAEADXXX
BANK OF CHINA MIDDLE EAST(DUBAI) LIMITED DUBAI

User Name:125837701
Print Times:1
Print Date:2015-04-16 MIR:150416ABINAEAAAXXX9821789304
=================================================

:20:[Transaction Reference Number]
ELC99-1500379
:21:[Related Reference]
BP5136215000023
:79:[Narrative]
FURTHER TO OUR MT734 DATED 04.04.15 PLEASE BE
INFORMED THAT THE OPENING BANK ACCEPTED DOCTS FOR
USD.20,000,000.- AND AUTHORISED TO PAY.
.
IN SETTLEMENT, WE HAVE INSTRUCTED BANK OF NEW
YORK, NEW YORK TO CREDIT YOUR A/C WITH YOUR NEW
YORK OFFICE (BKCHUS33)
WITH USD.19,758,350.-
VALUE 16.04.2015
.
OUR CHARGES DEDUCTED AS UNDER:
USD.200,000.- CONF.COMN
USD.150.- ADV.COMN
USD.100.- AMDNT.CHRGS
USD.450.- PAY.COMN
USD.40,000.- NEG.COMN
USD.200.- COURIER/SWIFT CHRGS
USD.250.- DISCR.CHRGS.
USD.500.- HANDLING CHARGES
.
BEST REGARDS
AL MASRAF
T.F.D
-}{5:{CHK:D1025AE39C55}}

Ex 1/9





Mob.    : +971 50 2737415
Tel     : +971 4 26 11 300
Fax     : +971 4 26 11 299
P.O.Box : 90625 Dubai - UAE
E-mail  : info@palmyra-trans.com
E-mail  : Palmyra.legal.tra@gmail.com

PALMYRA LEGAL TRANSLATION SERVICES
بالميرا لخدمات الترجمة القانونية

مبحرات : ١٥ ٧٤ ٢٧٣ ٥٠ ٩٧١+
اهاتف : ٣٠٠ ١١ ٢٦ ٤ ٩٧١+
فاكس : ٢٩٩ ١١ ٢٦ ٤ ٩٧١+
صب : م . ع – دبي –٩٠٦٢٥
info@palmyra-trans.com : البريد
Palmyra.legal.tra@gmail.com : البريد

رقم القضية: 2:19-cv-02782-SVW-JPR   رقم الوثيقة: ١٨-١   تاريخ رفع القضية: ٢٠١٩/٠٧/٢٢م   صفحة ١٠ من ٢٢   الرقم التعريفي للصفحة: ١٢٦

BP5136215000023؛ صفحة ١ من ١

**إخطار السويفت/البريد**

التاريخ: ٢٠١٥/٠٤/١٦م

إلى: رويال أسيت سايجمنت

جناح رقم ١٣٠٣، برج نسيمة

رقم الفاتورة: RAM/MH/01342

الرقم المرجعي الخاص بنا: BP5136215000023

رقم خطاب الاعتماد: 98L/C450001

السادة المحترمون

تحية طيبة وبعد،

نحيطكم علما بموجب هذا الإخطار بأننا استلمنا للسويفت/للبريد من بنك المراسلة، للحصول على المعلومات، يرجى الرجوع إلى المرفق الخاص بنا.

ملاحظات:

بنك الحسين المحدود

EX 1/10



لا يتم تقديم هذا المستند إلى قلم التصديقات بوزارة العدل لدولة الإمارات العربية المتحدة
This document shall not be Submitted to the Attestation Department of UAE Ministry of Justice.

Office No. 111, Dubai Deira, Al Khaima Building

BP5136215000023 Page:1/1

# SWIFT/MAIL ADVICE

TO:  ROYAL ASSET
MANAGEMENT
SUITE 1303, NASSIMA

DATE:2015-04-16

| Invoice NO.: | RAM/MH/01342 |
| Our Ref. NO.: | BP5136215000023 |
| L/C NO.: | 98L/C450001 |

Dear Sirs:

We hereby inform you that we received a SWIFT/mail from correspondence bank, for the information please refer to our attachement.

Remark:

**BANK OF CHINA LIMITED**
中国银行股份有限公司

Ex 1/10

